**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Diocese of Duluth** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | **15-50792** |

☑ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accrued Vacation Pay c/o Diocese of Duluth 2830 E 4th Street Duluth, MN 55812** | | **Various accruals of vacation pay** | | | | **$35,977.67** |
| **All Saints Church 411 N. 10th Street Brainerd, MN 56401** | | **Diocese of Duluth Parish** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Blessed Sacrament 2310 7th Avenue, E Hibbing, MN 55746** | | **Diocese of Duluth Parish** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Cathedral of Our Lady 2801 E 4th Street Duluth, MN 55812-1599** | | **Diocese of Duluth Parish** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 01 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 02 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 03 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |

| Debtor | **Diocese of Duluth** | | Case number *(if known)* | **15-50792** |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claimant 04 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 05 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 06 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 07 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 08 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 09 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 10 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Diocese of Duluth**
Name

Case number (if known)    **15-50792**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claimant 11 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 12 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Doe 01 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Tort Claimant represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Doe 30 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Tort Claimant represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$4,899,600.00** |
| **Peter's Pence Collection The Apostolic Nunciature 3339 Massachusetts Avenue NW Washington, DC 20008** | | **National collection 2014-2015** | | | | **$41,373.19** |
| **Wells Fargo Bank PO Box 64 Carol Stream, IL 60197-6415** | | **Bishop and Pastoral center credit card expenses** | | | | **$4,259.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case and this filing:**

Debtor Name __Diocese of Duluth_____

United States Bankruptcy Court for the: _____ District of _Minnesota_
                                                                                    (State)

Case number (if known): __15-50792_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/21/2015        **X** _Franz Hoefferle_____
            MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                    Franz Hoefferle_____
                                    Printed name  Chief Financial Officer____
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Diocese of Duluth**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **15-50792**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................   $     **684,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................................................   $     **4,733,236.15**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................................   $     **5,417,236.15**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................................   $     **35,977.67**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................   +$     **4,945,232.19**

4.   **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b   $     **4,981,209.86**

In re Diocese of Duluth                                          Case No. 15-50792

**STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER
REGARDING DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

1.      On December 7, 2015 (the "Petition Date"), the Debtor filed a voluntary petition with the United Stated Bankruptcy Court for the District of Minnesota (the "Bankruptcy Court") under Chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), and for an order for relief was entered by the Bankruptcy Court.  The Debtor currently is conducting its operations and affairs as debtor in possession under the Bankruptcy Code.

2.      It would be prohibitively expensive, unduly burdensome, and inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets in connection with the preparation of the Schedules and Statement.  Amounts ultimately realized from the disposition of such assets may vary from amounts reflected in the Schedules and Statements, and such variance may be material.  In addition, the amounts shown for total liability exclude items identified as "unknown" (including tort liabilities) and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statement.

3.      A substantial portion of the Debtor's assets are subject to donor-imposed restrictions on use or disposition which may preclude the use of such assets, or proceeds thereof, to satisfy the claims of general creditors of the Debtor.  Certain of these assets are described in the Debtor's response to question 21 of the Statement as property held for another.  Certain of these assets are not subject to a formal trust structure.  While the Debtor used its good faith best efforts to identify restricted assets, the review of the Debtor's records is ongoing and may reveal additional restrictions.  Accordingly, failure to identify an asset as restricted does not constitute an admission by the Debtor such asset is unrestricted, and the Debtor expressly reserves the right to amend or supplement the Schedules and this Statement with new information regarding restricted assets as the same may become available.

4.      Debtor believes accounts receivable of $878,350.09 includes $632,219.00, which are parish assessments which are not a legally enforceable accounts receivable.

5.      Debtor has been in existence for approximately 125 years.  While it is believed that all Debtor's assets and liabilities have been scheduled, there is a possibility that additional assets and liabilities may exist.  As an example, it is believed that in certain instances parishioners may have deeded real property to the Debtor, without knowledge of the Debtor.  Debtor is searching for items of this nature, and may amend Schedules as appropriate.

6.      The Debtor has not attached a Schedule of vestments, as the Schedule is extensive and it is believed that the underlying personal property is of little to no value except to members of the Debtor.  Such Schedule is available on request.

**Fill in this information to identify the case:**

Debtor name **Diocese of Duluth**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **15-50792**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **Cash on hand** | **$83.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1.. | **Checking - General Operating**<br>**Last 4 digits of Acct# : 7569**<br>**Wells Fargo**<br>**3831 West Superior Street**<br>**Duluth, MN  55807** | **Checking - General Operating** | 7569 | **$141,828.62** |
| 3.2.. | **Checking - Charity Account**<br>**Last 4 digits of Acct# : 8486**<br>**Wells Fargo**<br>**3831 West Superior Street**<br>**Duluth, MN  55807** | **Checking - Charity Account** | 8486 | **$1,251.10** |
| 3.3.. | **PayPal Account** | **Financial Transfer Account for Event Registration into Checking Account** | 0000 | **$866.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **$144,028.72** |

| Part 2: | Deposits and Prepayments |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Diocese of Duluth** | Case number *(if known)* **15-50792** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1.. | Deposit for Deacon Retreat with Rutgers Sugar Lake Lodge | $2,500.00 |
| 7.2.. | Deposit for Clergy Conference with Sugar Lake Lodge | $7,500.00 |
| 7.3.. | Deposit for Men's Conference with Marshall School | $1,476.00 |
| 7.4.. | Deposit for World Youth Day Trip with Club Europa | $17,150.00 |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**     **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $28,626.00 |
|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11b. Over 90 days old: | **1,108,350.09** | - | **230,000.00** | =.... | $878,350.09 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $878,350.09 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

| Debtor | **Diocese of Duluth** | Case number *(If known)* **15-50792** |
|---|---|---|
| | Name | |

| Name of entity: | % of ownership |
|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1.. | **Bonds and investment portfolio at Wells Fargo Bank** | | **$3,554,767.00** |
|---|---|---|---|

**17.** **Total of Part 4.** **$3,554,767.00**
Add lines 14 through 16. Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■No. Go to Part 6.
☐Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■No. Go to Part 7.
☐Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐No. Go to Part 8.
■Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Tables, chests, desks, chairs, couches, shelving units, other misc. furniture, see Exhibit 1** | **$0.00** | | **$32,325.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office computers and other misc. equipment - minimal value** | **$0.00** | | **$0.00** |
| **Office equipment including but not limited to computers, printers, security and phone systems, laptops, monitors, and other various items, see Exhibit 1** | **$0.00** | | **$42,583.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.. **Jewelry - episcopal rings and pectoral crosses** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Diocese of Duluth**                                    Case number *(If known)*  **15-50792**
Name

42.2.. **Vestments, paintings, rings, crosses, glassware, sculptures, stoles, coats, plaques, at an undetermined value, Schedule available upon request.**                    $0.00                          Unknown

43. **Total of Part 7.**                                                                    | $74,908.00 |

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■No
   ☐Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■No
   ☐Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐No. Go to Part 9.
   ■Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **2013 Chevrolet Equinox, Bishop's Vehicle** | $12,067.00 | Comparable sale | $12,067.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Toro snowblower** | $0.00 | | Unknown |

51. **Total of Part 8.**                                                                    | $12,067.00 |

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■No
   ☐Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■No
   ☐Yes

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

   ☐No. Go to Part 10.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **Diocese of Duluth** | | Case number *(If known)* **15-50792** |
|---|---|---|---|
| | Name | | |

■Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **303 Ridgewood Road Duluth, MN  5812** | **Bishop's Residence - Fee Simple** | **$548,400.00** | **Tax records** | **$548,400.00** |
| 55.2. **Baraga Cross Land St. Louis County PID 20-006-2240** | **Fee simple** | **$1,100.00** | **Tax records** | **$1,100.00** |
| 55.3. **Crow Wing Chapel Crow Wing County PID: b20234403B00009** | **Fee simple** | **$65,400.00** | **Tax records** | **$65,400.00** |
| 55.4. **Undeveloped Land 16898 Carlson Lake Road Brainerd, MN  56401** | **Fee simple** | **$69,100.00** | **Tax records** | **$69,100.00** |
| 55.5. **Pastoral Center 2830 East 4th Street Duluth, MN  55812** | **Minor amount fee simple** | **$0.00** | | **Unknown** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$684,000.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■No
☐Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■No
☐Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■No.  Go to Part 11.
☐Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Diocese of Duluth** | Case number *(If known)* **15-50792** |
|---|---|---|
| | Name | |

☐No.  Go to Part 12.

■Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**
Description (include name of obligor)
**Priest debt being paid off.**

| 13,419.83 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | **$13,419.83** |

**Priest debt being paid off.**

| 2,814.44 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | **$2,814.44** |

**Priest debt being paid off.**

| 1,255.07 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | **$1,255.07** |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**
**Estate of Thomas Boushart, 2% share in estate, in probate.**

**$23,000.00**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Misc. photos, clergy wardrobe, paintings, and supplies**

**Unknown**

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$40,489.34**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■No
☐Yes

Debtor    **Diocese of Duluth**                                    Case number *(If known)*  **15-50792**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $144,028.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $28,626.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $878,350.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $3,554,767.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $74,908.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,067.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $684,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $40,489.34 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,733,236.15 | + 91b. $684,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,417,236.15 |

**DIOCESE OF DULUTH**

Schedule 18
Section 2 Part B - #4 Furniture #28 Equipment          **EXHIBIT 1**
Filter: Class=FF or EQUI and item is not disposed of

| Asset ID | Class | Placed in ser. Depr Meth/Conv | Life Yr Mo | Book Cost | Depr & AFY | BegAccum Depr | Current De | Net Sec 17! | Net Add Del | End Accum Depr | Status | EstValue | Disposed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000023 | FF | FURNITURE & FIXTURES | | | | | | | | | | | N |
| | FF | 07/01/1989  SL100FM | 5 0 | 106,506.00 | 0.00 | 106,506.00 | 0.00 | 0.00 | 0.00 | 106,506.00 | Fully Depr | 10,000.00 | N |
| 000024 | FF | FURNITURE & FIXTURES | | | | | | | | | | | N |
| | FF | 07/01/1990  SL100FM | 5 0 | 3,629.00 | 0.00 | 3,629.00 | 0.00 | 0.00 | 0.00 | 3,629.00 | Fully Depr | - | N |
| 000025 | FF | FURNITURE & FIXTURES | | | | | | | | | | | N |
| | FF | 07/01/1991  SL100FM | 5 0 | 3,720.00 | 0.00 | 3,720.00 | 0.00 | 0.00 | 0.00 | 3,720.00 | Fully Depr | - | N |
| 000027 | FF | FURNITURE & FIXTURES | | | | | | | | | | | N |
| | FF | 06/30/1993  SL100FM | 5 0 | 1,231.00 | 0.00 | 1,231.00 | 0.00 | 0.00 | 0.00 | 1,231.00 | Fully Depr | - | N |
| 000032 | EQUI | TEMPATURE CONTROL | | | | | | | | | | | N |
| | EQUI | 01/31/1993  SL100FM | 5 0 | 5,450.00 | 0.00 | 5,450.00 | 0.00 | 0.00 | 0.00 | 5,450.00 | Fully Depr | - | N |
| 000051 | FF | FURNITURE & FIXTURES | | | | | | | | | | | N |
| | FF | 09/30/1993  SL100FM | 5 0 | 2,300.00 | 0.00 | 2,300.00 | 0.00 | 0.00 | 0.00 | 2,300.00 | Fully Depr | - | N |
| 000057 | EQUI | WHEELWRITER | | | | | | | | | | | N |
| | EQUI | 01/09/1995  SL100FM | 5 0 | 716.00 | 0.00 | 716.00 | 0.00 | 0.00 | 0.00 | 716.00 | Fully Depr | 25.00 | N |
| 000062 | FF | FURNITURE-BISHOP | | | | | | | | | | | N |
| | FF | 04/01/1995  SL100FM | 5 0 | 2,056.00 | 0.00 | 2,056.00 | 0.00 | 0.00 | 0.00 | 2,056.00 | Fully Depr | - | N |
| 000065 | FF | FURNITURE & FIXTURES | | | | | | | | | | | N |
| | FF | 03/15/1996  SL100FM | 5 0 | 4,444.00 | 0.00 | 4,444.00 | 0.00 | 0.00 | 0.00 | 4,444.00 | Fully Depr | - | N |
| 000075 | FF | FURNITURE-BISHOPS | | | | | | | | | | | N |
| | FF | 12/31/1996  SL100FM | 5 0 | 3,247.00 | 0.00 | 3,247.00 | 0.00 | 0.00 | 0.00 | 3,247.00 | Fully Depr | - | N |
| 000077 | FF | ARCHIVE DISPLAY CASE | | | | | | | | | | | N |
| | FF | 04/02/1998  SL100FM | 5 0 | 1,778.00 | 0.00 | 1,778.00 | 0.00 | 0.00 | 0.00 | 1,778.00 | Fully Depr | - | N |
| 000079 | FF | 48" STNDRD WORK CNTR | | | | | | | | | | | N |
| | FF | 02/27/1998  SL100FM | 5 0 | 4,428.00 | 0.00 | 4,428.00 | 0.00 | 0.00 | 0.00 | 4,428.00 | Fully Depr | - | N |
| 000105 | EQUI | ACCOUNTING SOFTWARE | | | | | | | | | | | N |
| | EQUI | 10/30/1998  SL100FM | 5 0 | 4,416.00 | 0.00 | 4,416.00 | 0.00 | 0.00 | 0.00 | 4,416.00 | Fully Depr | - | N |
| 000107 | FF | OFFICE FURNITURE | | | | | | | | | | | N |
| | FF | 01/27/1999  SL100FM | 5 0 | 612.00 | 0.00 | 612.00 | 0.00 | 0.00 | 0.00 | 612.00 | Fully Depr | - | N |
| 000124 | FF | CHESTS AND TABLES- BISHOPS RESIDENCE | | | | | | | | | | | N |
| | FF | 03/06/2002  SL100FM | 10 0 | 3,577.00 | 0.00 | 3,577.00 | 0.00 | 0.00 | 0.00 | 3,577.00 | Fully Depr | 200.00 | N |
| 000127 | FF | DRAPERY BISHOPS RESIDENCE | | | | | | | | | | | N |
| | FF | 05/15/2002  SL100FM | 10 0 | 3,064.00 | 0.00 | 3,064.00 | 0.00 | 0.00 | 0.00 | 3,064.00 | Fully Depr | 50.00 | N |
| 000129 | FF | CHAIRS AND COUCHES- BISHOPS RESIDENCE | | | | | | | | | | | N |
| | FF | 04/01/2002  SL100FM | 7 0 | 7,470.00 | 0.00 | 7,470.00 | 0.00 | 0.00 | 0.00 | 7,470.00 | Fully Depr | 1,000.00 | N |
| 000135 | FF | Six 72 inch Folding Chairs | | | | | | | | | | | N |
| | FF | 12/03/2002  SL100FM | 7 0 | 2,514.00 | 0.00 | 2,514.00 | 0.00 | 0.00 | 0.00 | 2,514.00 | Fully Depr | 200.00 | N |
| 000136 | FF | Cart | | | | | | | | | | | N |
| | FF | 12/02/2002  SL100FM | 7 0 | 589.00 | 0.00 | 589.00 | 0.00 | 0.00 | 0.00 | 589.00 | Fully Depr | 100.00 | N |
| 000137 | FF | Ottoman | | | | | | | | | | | N |
| | FF | 10/31/2002  SL100FM | 7 0 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 | Fully Depr | - | N |
| 000144 | FF | 2 chairs and table for Bishop's office | | | | | | | | | | | N |
| | FF | 11/13/2003  SL100FM | 10 0 | 1,306.41 | 0.00 | 1,306.41 | 0.00 | 0.00 | 0.00 | 1,306.41 | Fully Depr | 50.00 | N |
| 000170 | EQUI | Projector - Viewsonic | | | | | | | | | | | N |

| ID | Type | Description / Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EQUI | 12/15/2004  SL100FM | 3 0 | 1,432.00 | 0.00 | 1,432.00 | 0.00 | 0.00 | 0.00 | 1,432.00 Fully Depr | 50.00 | N |
| 000177 | EQUI | Security System | | | | | | | | | | N |
| | EQUI | 08/23/2005  SL100FM | 10 0 | 4,228.00 | 422.80 | 3,769.97 | 422.80 | 0.00 | 0.00 | 4,192.77 | 200.00 | N |
| 000178 | EQUI | Security System and Fire Equipment | | | | | | | | | | N |
| | EQUI | 08/23/2005  SL100FM | 10 0 | 2,933.00 | 293.30 | 2,615.26 | 293.30 | 0.00 | 0.00 | 2,908.56 | 200.00 | N |
| 000182 | EQUI | Color Printer | | | | | | | | | | N |
| | EQUI | 02/15/2006  SL100FM | 5 0 | 2,247.70 | 0.00 | 2,247.70 | 0.00 | 0.00 | 0.00 | 2,247.70 Fully Depr | 25.00 | N |
| 000189 | EQUI | Betty's HP Printer P2015 | | | | | | | | | | N |
| | EQUI | 09/26/2007  SL100FM | 3 0 | 359.00 | 0.00 | 359.00 | 0.00 | 0.00 | 0.00 | 359.00 Fully Depr | - | N |
| 000206 | FF | Tack board for Cynthia's Office | | | | | | | | | | N |
| | FF | 09/30/2006  SL100FM | 5 0 | 907.00 | 0.00 | 907.00 | 0.00 | 0.00 | 0.00 | 907.00 Fully Depr | 50.00 | N |
| 000207 | EQUI | HP Printer | | | | | | | | | | N |
| | EQUI | 06/30/2007  SL100FM | 3 0 | 514.00 | 0.00 | 514.00 | 0.00 | 0.00 | 0.00 | 514.00 Fully Depr | - | N |
| 000213 | FF | 4 vertical blinds installed | | | | | | | | | | N |
| | FF | 06/30/2008  SL100FM | 10 0 | 1,444.00 | 144.40 | 878.43 | 144.40 | 0.00 | 0.00 | 1,022.83 | - | N |
| 000218 | EQUI | Security System - Bishop Residence | | | | | | | | | | N |
| | EQUI | 08/31/2008  SL100FM | 10 0 | 3,083.75 | 308.38 | 1,824.58 | 308.38 | 0.00 | 0.00 | 2,132.96 | 200.00 | N |
| 000228 | EQUI | Sirba Printer (Home) | | | | | | | | | | N |
| | EQUI | 12/01/2009  SL100FM | 3 0 | 153.63 | 0.00 | 153.63 | 0.00 | 0.00 | 0.00 | 153.63 Fully Depr | - | N |
| 000229 | EQUI | Battery Backup | | | | | | | | | | N |
| | EQUI | 06/23/2010  SL100FM | 3 0 | 575.77 | 0.00 | 575.77 | 0.00 | 0.00 | 0.00 | 575.77 Fully Depr | 25.00 | N |
| 000230 | EQUI | Battery Backup | | | | | | | | | | N |
| | EQUI | 06/30/2010  SL100FM | 3 0 | 503.67 | 0.00 | 503.67 | 0.00 | 0.00 | 0.00 | 503.67 Fully Depr | 25.00 | N |
| 000231 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/01/2010  SL100FM | 5 0 | 674.29 | 134.86 | 494.49 | 134.86 | 0.00 | 0.00 | 629.35 | 25.00 | N |
| 000232 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/01/2010  SL100FM | 5 0 | 674.29 | 134.86 | 494.49 | 134.86 | 0.00 | 0.00 | 629.35 | 25.00 | N |
| 000233 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/01/2010  SL100FM | 5 0 | 674.29 | 134.86 | 494.49 | 134.86 | 0.00 | 0.00 | 629.35 | 25.00 | N |
| 000234 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/01/2010  SL100FM | 5 0 | 674.29 | 134.86 | 494.49 | 134.86 | 0.00 | 0.00 | 629.35 | 25.00 | N |
| 000235 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/01/2010  SL100FM | 5 0 | 674.29 | 134.86 | 494.49 | 134.86 | 0.00 | 0.00 | 629.35 | 25.00 | N |
| 000236 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/01/2010  SL100FM | 5 0 | 674.29 | 134.86 | 494.49 | 134.86 | 0.00 | 0.00 | 629.35 | 25.00 | N |
| 000237 | EQUI | Server Labor | | | | | | | | | | N |
| | EQUI | 11/01/2010  SL100FM | 5 0 | 4,540.00 | 908.00 | 3,329.33 | 908.00 | 0.00 | 0.00 | 4,237.33 | - | N |
| 000238 | EQUI | Projector | | | | | | | | | | N |
| | EQUI | 02/14/2011  SL100FM | 5 0 | 539.00 | 107.80 | 368.32 | 107.80 | 0.00 | 0.00 | 476.12 | 50.00 | N |
| 000239 | EQUI | HP Elitebook 8540P | | | | | | | | | | N |
| | EQUI | 06/29/2011  SL100FM | 5 0 | 1,299.00 | 259.80 | 801.05 | 259.80 | 0.00 | 0.00 | 1,060.85 | 50.00 | N |
| 000240 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/29/2011  SL100FM | 5 0 | 699.00 | 139.80 | 372.80 | 139.80 | 0.00 | 0.00 | 512.60 | 25.00 | N |
| 000241 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/29/2011  SL100FM | 5 0 | 699.00 | 139.80 | 372.80 | 139.80 | 0.00 | 0.00 | 512.60 | 25.00 | N |
| 000242 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/29/2011  SL100FM | 5 0 | 699.00 | 139.80 | 372.80 | 139.80 | 0.00 | 0.00 | 512.60 | 25.00 | N |
| 000243 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/29/2011  SL100FM | 5 0 | 699.00 | 139.80 | 372.80 | 139.80 | 0.00 | 0.00 | 512.60 | 25.00 | N |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000244 | EQUI | Computer | | | | | | | | | | N |
| | EQUI | 11/29/2011  SL100FM | 5 0 | 699.00 | 139.80 | 372.80 | 139.80 | 0.00 | 0.00 | 512.60 | 25.00 | N |
| 000245 | FF | Chair (CN132AWAA) | | | | | | | | | | N |
| | FF | 02/14/2012  SL100FM | 10 0 | 733.00 | 73.30 | 177.14 | 73.30 | 0.00 | 0.00 | 250.44 | 25.00 | N |
| 000246 | FF | Chair (MR133AAF) | | | | | | | | | | N |
| | FF | 02/14/2012  SL100FM | 10 0 | 587.30 | 58.73 | 141.93 | 58.73 | 0.00 | 0.00 | 200.66 | 25.00 | N |
| 000247 | FF | 2 Chairs (AE113AWB) | | | | | | | | | | N |
| | FF | 02/14/2012  SL100FM | 10 0 | 1,335.88 | 133.59 | 322.84 | 133.59 | 0.00 | 0.00 | 456.43 | 50.00 | N |
| 000248 | FF | Signage | | | | | | | | | | N |
| | FF | 04/26/2012  SL100FM | 5 0 | 1,292.49 | 258.50 | 581.62 | 258.50 | 0.00 | 0.00 | 840.12 | - | N |
| 000249 | EQUI | Keyless Entry System | | | | | | | | | | N |
| | EQUI | 03/09/2012  SL100FM | 5 0 | 2,771.83 | 554.37 | 1,293.53 | 554.37 | 0.00 | 0.00 | 1,847.90 | 200.00 | N |
| 000250 | FF | 2 Chairs (CJ133AACC) | | | | | | | | | | N |
| | FF | 03/04/2012  SL100FM | 10 0 | 841.70 | 84.17 | 196.40 | 84.17 | 0.00 | 0.00 | 280.57 | 50.00 | N |
| 000252 | FF | Signage | | | | | | | | | | N |
| | FF | 06/30/2012  SL100FM | 5 0 | 1,792.50 | 358.50 | 746.87 | 358.50 | 0.00 | 0.00 | 1,105.37 | - | N |
| 000254 | FF | Chair (MR133AAF) | | | | | | | | | | N |
| | FF | 12/31/2012  SL100FM | 10 0 | 627.78 | 62.78 | 99.40 | 62.78 | 0.00 | 0.00 | 162.18 | 25.00 | N |
| 000256 | EQUI | HP Elitebook | | | | | | | | | | N |
| | EQUI | 09/26/2012  SL100FM | 5 0 | 1,292.95 | 258.59 | 474.08 | 258.59 | 0.00 | 0.00 | 732.67 | 100.00 | N |
| 000257 | EQUI | 5 HP Desktops | | | | | | | | | | N |
| | EQUI | 11/29/2012  SL100FM | 5 0 | 3,620.00 | 724.00 | 1,206.67 | 724.00 | 0.00 | 0.00 | 1,930.67 | 125.00 | N |
| 000258 | EQUI | dishwasher | | | | | | | | | | N |
| | EQUI | 01/31/2013  SL100FM | 5 0 | 934.00 | 186.80 | 280.20 | 186.80 | 0.00 | 0.00 | 467.00 | 50.00 | N |
| 000266 | EQUI | Folding Machine | | | | | | | | | | N |
| | EQUI | 10/31/2013  SL100FM | 5 0 | 1,499.00 | 299.80 | 224.85 | 299.80 | 0.00 | 0.00 | 524.65 | 500.00 | N |
| 000267 | EQUI | Phone System | | | | | | | | | | N |
| | EQUI | 03/02/2014  SL100FM | 7 0 | 24,009.42 | 3,429.92 | 1,143.31 | 3,429.92 | 0.00 | 0.00 | 4,573.23 | 8,000.00 | N |
| 000268 | EQUI | HP P3015N Laser Jet Enterprise Printer (2) | | | | | | | | | | N |
| | EQUI | 06/11/2014  SL100FM | 5 0 | 1,064.54 | 212.91 | 17.74 | 212.91 | 0.00 | 0.00 | 230.65 | - | N |
| 000269 | EQUI | Nikon D5300 Camera | | | | | | | | | | N |
| | EQUI | 06/11/2014  SL100FM | 5 0 | 1,046.95 | 209.39 | 17.45 | 209.39 | 0.00 | 0.00 | 226.84 | 600.00 | N |
| 000271 | EQUI | Computer - 2014 - Rachel Bailey | | | | | | | | | | N |
| | EQUI | 03/20/2014  SL100FM | 5 0 | 1,113.98 | 222.80 | 74.27 | 222.80 | 0.00 | 0.00 | 297.07 | 300.00 | N |
| 000272 | EQUI | Computer - 2014 - Carol Spielman | | | | | | | | | | N |
| | EQUI | 03/20/2014  SL100FM | 5 0 | 1,113.98 | 222.80 | 74.27 | 222.80 | 0.00 | 0.00 | 297.07 | 300.00 | N |
| 000273 | EQUI | Computer - 2014 - Mike Bilden | | | | | | | | | | N |
| | EQUI | 03/20/2014  SL100FM | 5 0 | 1,113.98 | 222.80 | 74.27 | 222.80 | 0.00 | 0.00 | 297.07 | 300.00 | N |
| 000274 | EQUI | Computer - 2014 - Rose Eichmueller | | | | | | | | | | N |
| | EQUI | 03/20/2014  SL100FM | 5 0 | 1,113.98 | 222.80 | 74.27 | 222.80 | 0.00 | 0.00 | 297.07 | 300.00 | N |
| 000275 | EQUI | Computer - 2014 - Patrice Menor | | | | | | | | | | N |
| | EQUI | 03/20/2014  SL100FM | 5 0 | 1,113.98 | 222.80 | 74.27 | 222.80 | 0.00 | 0.00 | 297.07 | 300.00 | N |
| 000276 | EQUI | Computer - 2014 - Elizabeth Kneepkens | | | | | | | | | | N |
| | EQUI | 03/20/2014  SL100FM | 5 0 | 1,113.98 | 222.80 | 74.27 | 222.80 | 0.00 | 0.00 | 297.07 | 300.00 | N |
| 000277 | EQUI | Computer - 2014 - Bp Paul Sirba | | | | | | | | | | N |
| | EQUI | 03/20/2014  SL100FM | 5 0 | 1,113.98 | 222.80 | 74.27 | 222.80 | 0.00 | 0.00 | 297.07 | 300.00 | N |
| 000280 | FF | Chair | | | | | | | | | | N |
| | FF | 07/31/2014  SL100FM | 10 0 | 679.00 | 67.90 | 0.00 | 67.90 | 0.00 | 0.00 | 67.90 | 100.00 | N |
| 000281 | FF | 3 Chairs | | | | | | | | | | N |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FF | 08/31/2014 | SL100FM | 10 0 | 2,037.00 | 186.73 | 0.00 | 186.73 | 0.00 | 0.00 | 186.73 | 300.00 | N |
| 000282 | FF | Moveable Shelving Unit for Vault | | | | | | | | | | | N |
| | FF | 10/31/2014 | SL100FM | 10 0 | 24,550.00 | 1,841.25 | 0.00 | 1,841.25 | 0.00 | 0.00 | 1,841.25 | 20,000.00 | N |
| 000283 | FF | Chair | | | | | | | | | | | N |
| | FF | 12/31/2014 | SL100FM | 10 0 | 679.00 | 39.61 | 0.00 | 39.61 | 0.00 | 0.00 | 39.61 | 100.00 | N |
| 000284 | EQUI | Condensing Unit for BP's Residence | | | | | | | | | | | N |
| | EQUI | 07/28/2014 | SL100FM | 20 0 | 3,420.00 | 171.00 | 0.00 | 171.00 | 0.00 | 0.00 | 171.00 | 3,000.00 | N |
| 000285 | EQUI | Computer - Dcn. John | | | | | | | | | | | N |
| | EQUI | 09/26/2014 | SL100FM | 5 0 | 1,911.46 | 318.58 | 0.00 | 318.58 | 0.00 | 0.00 | 318.58 | 300.00 | N |
| 000286 | EQUI | Check Scanner | | | | | | | | | | | N |
| | EQUI | 10/01/2014 | SL100FM | 5 0 | 761.65 | 114.25 | 0.00 | 114.25 | 0.00 | 0.00 | 114.25 | 500.00 | N |
| 000287 | EQUI | Liebert 1 | | | | | | | | | | | N |
| | EQUI | 02/26/2015 | SL100FM | 20 0 | 1,500.00 | 31.25 | 0.00 | 31.25 | 0.00 | 0.00 | 31.25 | 1,200.00 | N |
| 000288 | EQUI | Liebert 2 | | | | | | | | | | | N |
| | EQUI | 04/28/2015 | SL100FM | 20 0 | 15,000.00 | 187.50 | 0.00 | 187.50 | 0.00 | 0.00 | 187.50 | 12,000.00 | N |
| 000289 | EQUI | Liebert 3 | | | | | | | | | | | N |
| | EQUI | 05/28/2015 | SL100FM | 20 0 | 10,000.00 | 83.33 | 0.00 | 83.33 | 0.00 | 0.00 | 83.33 | 8,000.00 | N |
| 000290 | EQUI | Liebert 4 | | | | | | | | | | | N |
| | EQUI | 06/26/2015 | SL100FM | 20 0 | 5,979.00 | 24.91 | 0.00 | 24.91 | 0.00 | 0.00 | 24.91 | 4,783.20 | N |

| | |
|---|---|
| BLDG | - |
| EQUI | 42,583.20 |
| FF | 32,325.00 |
| AUTO | - |
| LAND | - |

**Fill in this information to identify the case:**

Debtor name  **Diocese of Duluth**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)  **15-50792**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Diocese of Duluth**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known) **15-50792**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Accrued Vacation Pay**<br>**c/o Diocese of Duluth**<br>**2830 E 4th Street**<br>**Duluth, MN 55812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **35,977.67** | $ **35,977.67** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Various accruals of vacation pay** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (5) |  |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
|  |  |  |
| **3.1** | Nonpriority creditor's name and mailing address<br>**All Saints Church**<br>**411 N. 10th Street**<br>**Brainerd, MN 56401** | $ **0.00** |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |  |
|  | Basis for the claim:   **Diocese of Duluth Parish** |  |

| Debtor | **Diocese of Duluth** | | | Case number (*if know*) | **15-50792** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Date or dates debt was incurred            Is the claim subject to offset?

                                               ■ No

Last 4 digits of account number             ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          $    **0.00**

**Blessed Sacrament**                     *Check all that apply.*
**2310 7th Avenue, E**                  ■ Contingent
**Hibbing, MN 55746**                  ■ Unliquidated
                                             ■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred            Is the claim subject to offset?

                                               ■ No

Last 4 digits of account number             ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          $    **0.00**

**Cathedral of Our Lady**                *Check all that apply.*
**2801 E 4th Street**                   ■ Contingent
**Duluth, MN 55812-1599**              ■ Unliquidated
                                               ■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred            Is the claim subject to offset?

                                               ■ No

Last 4 digits of account number             ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          $    **0.00**

**Claimant 01**                            *Check all that apply.*
**c/o Jeff Anderson and Assoc.**       ■ Contingent
**366 Jackson Street, Suite 100**      ■ Unliquidated
**Saint Paul, MN 55101**            ■ Disputed

Basis for the claim:    **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.**

Date or dates debt was incurred    **1969-1970**     Is the claim subject to offset?

                                               ■ No

Last 4 digits of account number             ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          $    **0.00**

Debtor    **Diocese of Duluth**

First Name    Middle Name    Last Name    Case number (if know)    **15-50792**

---

**Claimant 02**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.**

Date or dates debt was incurred    **1975-1976**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Claimant 03**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.**

Date or dates debt was incurred    **1966-1970**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Claimant 04**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.**

Date or dates debt was incurred    **1969-1974**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Claimant 05**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

---

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|--------|------------------------|-|------------------------|--------------|
| | First Name    Middle Name    Last Name | | | |

**Basis for the claim:** **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.**

Date or dates debt was incurred    **1963-1967**

**Is the claim subject to offset?**

■No

☐Yes

Last 4 digits of account number

---

| 3.9 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $ **0.00** |
|-----|--------------------------------------------------|-|------------------------------------------------|------------|

**Claimant 06**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:** **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.**

Date or dates debt was incurred    **1963-1967**

**Is the claim subject to offset?**

■No

☐Yes

Last 4 digits of account number

---

| 3.10 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $ **0.00** |
|------|--------------------------------------------------|-|------------------------------------------------|------------|

**Claimant 07**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:** **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.**

Date or dates debt was incurred    **1971-1973**

**Is the claim subject to offset?**

■No

☐Yes

Last 4 digits of account number

---

| 3.11 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $ **0.00** |
|------|--------------------------------------------------|-|------------------------------------------------|------------|

**Claimant 08**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

---

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
| | First Name | Middle Name | Last Name | |

Basis for the claim:   **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.**

Date or dates debt was incurred   **1956-1958**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
| | **Claimant 09** | *Check all that apply.* | |
| | **c/o Jeff Anderson and Assoc.** | ■ Contingent | |
| | **366 Jackson Street, Suite 100** | ■ Unliquidated | |
| | **Saint Paul, MN 55101** | ■ Disputed | |

Basis for the claim:   **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.**

Date or dates debt was incurred   **1981-1984**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
| | **Claimant 10** | *Check all that apply.* | |
| | **c/o Jeff Anderson and Assoc.** | ■ Contingent | |
| | **366 Jackson Street, Suite 100** | ■ Unliquidated | |
| | **Saint Paul, MN 55101** | ■ Disputed | |

Basis for the claim:   **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.**

Date or dates debt was incurred   **1965-1966**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
| | **Claimant 11** | *Check all that apply.* | |
| | **c/o Jeff Anderson and Assoc.** | ■ Contingent | |
| | **366 Jackson Street, Suite 100** | ■ Unliquidated | |
| | **Saint Paul, MN 55101** | ■ Disputed | |

Basis for the claim:   **Potential Tort Claimant, represented by counsel.  Name and address to be filed under seal.**

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Date or dates debt was incurred **1965-1966**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.15**

Nonpriority creditor's name and mailing address
**Claimant 12**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.**

$ **0.00**

Date or dates debt was incurred **To be supplemented**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
**Doe 01**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Tort Claimant represented by counsel. Name and address to be filed under seal.**

$ **0.00**

Date or dates debt was incurred **1961 - 1962**

Last 4 digits of account number **2935**

Is the claim subject to offset?

■ No

☐ Yes

---

**3.17**

Nonpriority creditor's name and mailing address
**Doe 05**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Tort Claimant represented by counsel. Name and address to be filed under seal.**

$ **0.00**

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

| Date or dates debt was incurred | **1968 - 1969** | Is the claim subject to offset? |
|---|---|---|
| | | ■No |
| Last 4 digits of account number | **2055** | ☐Yes |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|
| **Doe 28** | Check all that apply. | |
| **c/o Jeff Anderson and Assoc.** | ■Contingent | |
| **366 Jackson Street, Suite 100** | ■Unliquidated | |
| **Saint Paul, MN 55101** | ■Disputed | |

Basis for the claim:    **Tort Claimant represented by counsel.  Name and address to be filed under seal.**

| Date or dates debt was incurred | **1972 - 1974** | Is the claim subject to offset? |
|---|---|---|
| | | ■No |
| Last 4 digits of account number | **3515** | ☐Yes |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,899,600.00** |
|---|---|---|
| **Doe 30** | Check all that apply. | |
| **c/o Jeff Anderson and Assoc.** | ■Contingent | |
| **366 Jackson Street, Suite 100** | ■Unliquidated | |
| **Saint Paul, MN 55101** | ■Disputed | |

Basis for the claim:    **Tort Claimant represented by counsel.  Name and address to be filed under seal.**

| Date or dates debt was incurred | **1976** | Is the claim subject to offset? |
|---|---|---|
| | | ■No |
| Last 4 digits of account number | **3890** | ☐Yes |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|
| **Doe 68** | Check all that apply. | |
| **c/o Jeff Anderson and Assoc.** | ■Contingent | |
| **366 Jackson Street, Suite 100** | ■Unliquidated | |
| **Saint Paul, MN 55101** | ■Disputed | |

Basis for the claim:    **Tort Claimant represented by counsel.  Name and address to be filed under seal.**

| Date or dates debt was incurred | **1969 - 1971** | Is the claim subject to offset? |
|---|---|---|
| | | ■No |
| Last 4 digits of account number | **7831** | ☐Yes |

---

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Doe 70**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   **Tort Claimant represented by counsel.  Name and address to be filed under seal.**

Date or dates debt was incurred   **1973 - 1974**

Last 4 digits of account number   **5711**

Is the claim subject to offset?
■ No
☐ Yes

$   **0.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Holy Angels Church**
**PO Box 487**
**Moose Lake, MN 55767-0487**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$   **0.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Holy Cross Church**
**PO Box 218**
**Orr, MN 55771-0218**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$   **0.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Holy Family Church**
**280 Reservation Road**
**Cloquet, MN 55720-9736**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   **Diocese of Duluth Parish**

$   **0.00**

---

| Debtor | **Diocese of Duluth** | | | Case number (if know) | **15-50792** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $ **0.00** |
| --- | --- | --- | --- |

**Holy Family Church**
**2430 W 3rd Street**
**Duluth, MN 55806-1801**

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:**    **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $ **0.00** |
| --- | --- | --- | --- |

**Holy Family Church**
**299 Red Oak Drive**
**Aitkin, MN 56431**

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:**    **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | $ **0.00** |
| --- | --- | --- | --- |

**Holy Family Church**
**PO Box 156**
**McGregor, MN 55760-0156**

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:**    **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | $ **0.00** |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**

---

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Holy Rosary Church**
**16 W 5th Avenue North**
**Aurora, MN 55705**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address

**Holy Rosary Church**
**PO Box 549**
**Grand Marais, MN 55604-0549**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$    **0.00**

---

**3.30**

Nonpriority creditor's name and mailing address

**Holy Spirit Church**
**227 3rd Street**
**Two Harbors, MN 55616-1657**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$    **0.00**

---

**3.31**

Nonpriority creditor's name and mailing address

**Holy Spirit Church**
**306 S 2nd Street**
**Virginia, MN 55792-2697**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

$    **0.00**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     

| Debtor | **Diocese of Duluth** | | Case number *(if know)* | **15-50792** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ■No<br>☐Yes |

---

| 3.32 | Nonpriority creditor's name and mailing address<br>**Immaculate Conception Church**<br>**PO Box 378**<br>**Floodwood, MN 55736-0378** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■Contingent<br>■Unliquidated<br>■Disputed | $ **0.00** |
|---|---|---|---|
| | | Basis for the claim:    **Diocese of Duluth Parish** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ■No<br>☐Yes |

---

| 3.33 | Nonpriority creditor's name and mailing address<br>**Immaculate Conception Church**<br>**535 8th Street**<br>**Pine City, MN 55063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■Contingent<br>■Unliquidated<br>■Disputed | $ **0.00** |
|---|---|---|---|
| | | Basis for the claim:    **Diocese of Duluth Parish** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ■No<br>☐Yes |

---

| 3.34 | Nonpriority creditor's name and mailing address<br>**Immaculate Heart**<br>**PO Box 155**<br>**Crosslake, MN 56442-0155** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■Contingent<br>■Unliquidated<br>■Disputed | $ **0.00** |
|---|---|---|---|
| | | Basis for the claim:    **Diocese of Duluth Parish** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ■No<br>☐Yes |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

| Debtor | **Diocese of Duluth** | | Case number *(if know)* | **15-50792** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

**Mary Immaculate**
**PO Box 290**
**Coleraine, MN 55722-0290**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.36 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Mary Immaculate Church**
**10 Corey Street**
**Coleraine, MN 55722**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$    **0.00**

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.37 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Our Lady of Fatima**
**299 Red Oak Drive**
**Aitkin, MN 56431**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$    **0.00**

Basis for the claim:    **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.38 | | |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**
**Our Lady of Fatima**
**PO Box 156**
**McGregor, MN 55760-0155**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$    **0.00**

Basis for the claim:    **Diocese of Duluth Parish**

---

Debtor    **Diocese of Duluth**                                                    Case number (if know)    **15-50792**

First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■No |
| Last 4 digits of account number | ☐Yes |

---

| 3.39 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
| | **Our Lady of Hope** | *Check all that apply.* | |
| | **16 W 5th Avenue, North** | ■Contingent | |
| | **Aurora, MN 55705** | ■Unliquidated | |
| | | ■Disputed | |
| | | **Basis for the claim:    Diocese of Duluth Parish** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■No | |
| | Last 4 digits of account number | ☐Yes | |

---

| 3.40 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
| | **Our Lady of Lourdes** | *Check all that apply.* | |
| | **PO Box 759** | ■Contingent | |
| | **Pequot Lakes, MN 56472-0759** | ■Unliquidated | |
| | | ■Disputed | |
| | | **Basis for the claim:    Diocese of Duluth Parish** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■No | |
| | Last 4 digits of account number | ☐Yes | |

---

| 3.41 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
| | **Our Lady of Mercy** | *Check all that apply.* | |
| | **325 E 3rd Street** | ■Contingent | |
| | **Duluth, MN 55805-1897** | ■Unliquidated | |
| | | ■Disputed | |
| | | **Basis for the claim:    Diocese of Duluth Parish** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■No | |
| | Last 4 digits of account number | ☐Yes | |

---

| 3.42 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

---

Debtor   **Diocese of Duluth**                                              Case number (*if know*)   **15-50792**
         First Name      Middle Name            Last Name

**Our Lady of the Sacred Heart**          *Check all that apply.*
PO Box 27                                 ■ Contingent
Buhl, MN 55710-0027                       ■ Unliquidated
                                          ■ Disputed

                                          Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred           Is the claim subject to offset?
                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Our Lady of the Snows**                 *Check all that apply.*
PO Box 11                                 ■ Contingent
Bigfork, MN 56628-0011                    ■ Unliquidated
                                          ■ Disputed

                                          Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred           Is the claim subject to offset?
                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **41,373.19** |
|---|---|---|---|

**Peter's Pence Collection**              *Check all that apply.*
**The Apostolic Nunciature**              ☐ Contingent
**3339 Massachusetts Avenue NW**          ☐ Unliquidated
**Washington, DC 20008**                  ☐ Disputed

                                          Basis for the claim:   **National collection 2014-2015**

Date or dates debt was incurred **2014-2015**   Is the claim subject to offset?
                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Queen of Peace**                        *Check all that apply.*
102 4th Street                            ■ Contingent
Cloquet, MN 55720                         ■ Unliquidated
                                          ■ Disputed

                                          Basis for the claim:   **Diocese of Duluth Parish**

---

| Debtor | **Diocese of Duluth** | | Case number (*if know*) | **15-50792** |
|--------|----------------------|--|-------------------------|--------------|
| | First Name    Middle Name    Last Name | | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■No

☐Yes

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Queen of Peace**
**16 W 5th Avenue, N**
**Aurora, MN 55705**

_____

As of the petition filing date, the claim is:
*Check all that apply.*

■Contingent
■Unliquidated
■Disputed

Basis for the claim:    **Diocese of Duluth Parish**
_____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■No

☐Yes

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Resurrection Church**
**PO Box 586**
**Eveleth, MN 55734-0586**

_____

As of the petition filing date, the claim is:
*Check all that apply.*

■Contingent
■Unliquidated
■Disputed

Basis for the claim:    **Diocese of Duluth Parish**
_____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■No

☐Yes

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Sacred Heart**
**PO Box 874**
**Walker, MN 56484-0874**

_____

As of the petition filing date, the claim is:
*Check all that apply.*

■Contingent
■Unliquidated
■Disputed

Basis for the claim:    **Diocese of Duluth Parish**
_____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■No

☐Yes

---

**3.49**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **0.00**

---

| Debtor | **Diocese of Duluth** | | | Case number *(if know)* | **15-50792** |
|--------|------------------------|--|--|-------------------------|--------------|
| | First Name | Middle Name | Last Name | | |

**Sacred Heart Church**
**306 S 2nd Street**
**Virginia, MN 55792-2697**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Sacred Heart Church**
**306 S 2nd Street**
**Virginia, MN 55792-2697**

As of the petition filing date, the claim is:   $ **0.00**
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.51**

**Nonpriority creditor's name and mailing address**
**St, Luke Church**
**PO Box 644**
**Sandstone, MN 55072-0644**

As of the petition filing date, the claim is:   $ **0.00**
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.52**

**Nonpriority creditor's name and mailing address**
**St. Agnes Church**
**PO Box 874**
**Walker, MN 56484-0874**

As of the petition filing date, the claim is:   $ **0.00**
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

---

Debtor  **Diocese of Duluth**                                    Case number (if know)  **15-50792**

First Name        Middle Name        Last Name

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| | **St. Alice Church** | Check all that apply. |
| | **PO Box 759** | ■ Contingent |
| | **Pequot Lakes, MN 56472-0759** | ■ Unliquidated |
| | | ■ Disputed |
| | | |
| | | **Basis for the claim:**  **Diocese of Duluth Parish** |

$ **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| | **St. Andrew Church** | Check all that apply. |
| | **1108 Willow Street, SE** | ■ Contingent |
| | **Brainerd, MN 56401** | ■ Unliquidated |
| | | ■ Disputed |
| | | |
| | | **Basis for the claim:**  **Diocese of Duluth Parish** |

$ **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| | **St. Andrew's Catholic Church** | Check all that apply. |
| | **1108 Willow Street** | ■ Contingent |
| | **Brainerd, MN 56401** | ■ Unliquidated |
| | | ■ Disputed |
| | | |
| | | **Basis for the claim:**  **Diocese of Duluth Parish** |

$ **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

$ **0.00**

---

| Debtor | Diocese of Duluth | | | Case number *(if know)* | 15-50792 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**St. Anne Church**
**PO Box 98**
**Deer River, MN 56636-0098**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|---|

**St. Anthony Church**
**231 E Camp**
**Ely, MN 55731-1495**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|---|

**St. Augustine Church**
**601 2nd Avenue, NW**
**Grand Rapids, MN 55744**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|---|

**St. Benedict Church**
**1419 St. Benedict Drive**
**Duluth, MN 55811-2299**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

---

| Debtor | **Diocese of Duluth** | | | Case number (if know) | **15-50792** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ■No  ☐Yes |

---

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|
| **St. Catherine Church**<br>**PO Box 11**<br>**Bigfork, MN 56628-0011** | *Check all that apply.*<br>■Contingent<br>■Unliquidated<br>■Disputed | |
| | Basis for the claim:   **Diocese of Duluth Parish** | |

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ■No  ☐Yes |

---

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|
| **St. Cecilia Church**<br>**326 2nd Street**<br>**Nashwauk, MN 55769-1239** | *Check all that apply.*<br>■Contingent<br>■Unliquidated<br>■Disputed | |
| | Basis for the claim:   **Diocese of Duluth Parish** | |

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ■No  ☐Yes |

---

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|
| **St. Charles Church**<br>**PO Box 368**<br>**Cass Lake, MN 56633-0368** | *Check all that apply.*<br>■Contingent<br>■Unliquidated<br>■Disputed | |
| | Basis for the claim:   **Diocese of Duluth Parish** | |

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ■No  ☐Yes |

---

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|

Debtor   **Diocese of Duluth**                                          Case number (*if know*)   **15-50792**

| First Name | Middle Name | Last Name |
| --- | --- | --- |

**St. Charles Church**
**308 Central Avenue**
**Cass Lake, MN 56633**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

---

3.64

**Nonpriority creditor's name and mailing address**
**St. Christopher Church**
**PO Box 759**
**Pequot Lakes, MN 56472-0759**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$  **0.00**

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

---

3.65

**Nonpriority creditor's name and mailing address**
**St. Columban Church**
**PO Box 294**
**Littlefork, MN 56653-0044**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$  **0.00**

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

---

3.66

**Nonpriority creditor's name and mailing address**
**St. Edward Church**
**PO Box 38**
**Longville, MN 56655-0038**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$  **0.00**

Basis for the claim:   **Diocese of Duluth Parish**

---

Debtor    **Diocese of Duluth**                                                   Case number *(if know)*    **15-50792**

First Name        Middle Name        Last Name

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■No |
| Last 4 digits of account number | | ☐Yes |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |
| --- | --- | --- | --- | --- |
| | **St. Elizabeth Church** | *Check all that apply.* | | |
| | **721 N 57th Avenue, West** | ■Contingent | | |
| | **Duluth, MN 55807-1396** | ■Unliquidated | | |
| | | ■Disputed | | |
| | | **Basis for the claim:**    **Diocese of Duluth Parish** | | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■No |
| Last 4 digits of account number | | ☐Yes |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |
| --- | --- | --- | --- | --- |
| | **St. Emily Church** | *Check all that apply.* | | |
| | **PO Box 25** | ■Contingent | | |
| | **Emily, MN 56447-0025** | ■Unliquidated | | |
| | | ■Disputed | | |
| | | **Basis for the claim:**    **Diocese of Duluth Parish** | | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■No |
| Last 4 digits of account number | | ☐Yes |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |
| --- | --- | --- | --- | --- |
| | **St. Francis Church** | *Check all that apply.* | | |
| | **411 N. 10th Street** | ■Contingent | | |
| | **Brainerd, MN 56401** | ■Unliquidated | | |
| | | ■Disputed | | |
| | | **Basis for the claim:**    **Diocese of Duluth Parish** | | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■No |
| Last 4 digits of account number | | ☐Yes |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |
| --- | --- | --- | --- | --- |

Debtor   **Diocese of Duluth**

First Name          Middle Name          Last Name

Case number (if know)   **15-50792**

---

**St. Francis Church**
**509 Sunrise Drive**
**Carlton, MN 55718**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.71 | | | | $ **0.00** |

**Nonpriority creditor's name and mailing address**
**St. Isidore Church**
**8118 Lake Street**
**Willow River, MN 55795**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.72 | | | | $ **0.00** |

**Nonpriority creditor's name and mailing address**
**St. James Church**
**299 Red Oak Drive**
**Aitkin, MN 56431**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.73 | | | | $ **0.00** |

**Nonpriority creditor's name and mailing address**
**St. James Church**
**721 N 57th Avenue, West**
**Duluth, MN 55807-1396**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

---

Debtor   **Diocese of Duluth**                              Case number (if know)   **15-50792**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No

☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. John Church**
**16 W. 5th Avenue, N**
**Aurora, MN 55705**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No

☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. John Church**
**PO Box 549**
**Grand Marais, MN 55604-0549**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No

☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. John Church**
**4230 St. John's Avenue**
**Duluth, MN 55803-1534**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No

☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

---

| Debtor | **Diocese of Duluth** | | | Case number *(if know)* | **15-50792** |
| | First Name | Middle Name | Last Name | | |

**St. Joseph Chapel**
**PO Box 609**
**Cook, MN 55723-0609**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Joseph Church**
**PO Box 98**
**Deer River, MN 56636-0098**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Joseph Church**
**411 N. 10th Street**
**Baxter, MN 56401**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Joseph Church**
**2410 Morris Thomas Road**
**Duluth, MN 55810-3299**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

---

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■No
☐Yes

---

**3.81**

**Nonpriority creditor's name and mailing address**

**St. Joseph Church**
**535-8th Street**
**Pine City, MN 55063**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
■Contingent
■Unliquidated
☐Disputed

Basis for the claim:   **Diocese of Duluth Parish**
_____

$   **0.00**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■No
☐Yes

Last 4 digits of account number   _____

---

**3.82**

**Nonpriority creditor's name and mailing address**

**St. Joseph Church**
**617 Poplar Street**
**Crosby, MN 56441**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐Contingent
■Unliquidated
■Disputed

Basis for the claim:   **Diocese of Duluth Parish**
_____

$   **0.00**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■No
☐Yes

Last 4 digits of account number   _____

---

**3.83**

**Nonpriority creditor's name and mailing address**

**St. Joseph Church**
**315 SW 21st Street**
**Grand Rapids, MN 55744**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
■Contingent
■Unliquidated
■Disputed

Basis for the claim:   **Diocese of Duluth Parish**
_____

$   **0.00**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■No
☐Yes

Last 4 digits of account number   _____

---

**3.84**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$   **0.00**

---

| Debtor | **Diocese of Duluth** | | | Case number (if know) | **15-50792** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**St. Joseph Church**
**315 S W 21st Street**
**Grand Rapids, MN 55744**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**St. Joseph Church**
**PO Box 586**
**Eveleth, MN 55734-0586**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**St. Joseph's Church**
**113 SW 4th Street, SW**
**Chisholm, MN 55719**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**St. Lawrence Church**
**2410 Morris Thomas Road**
**Duluth, MN 55810-3299**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

---

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.88 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**St. Louis Church**
**PO Box 378**
**Floodwood, MN 55736-0378**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.89 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**St. Luke Church**
**PO Box 644**
**Sandstone, MN 55072-0644**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.90 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**St. Martin Church**
**PO Box 757**
**Tower, MN 55790-0757**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.91 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | |

**St. Mary and Joseph Church**
**509 Sunrise Drive**
**Carlton, MN 55718**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**St. Mary Church**
**PO Box 378**
**Floodwood, MN 55736-0378**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**St. Mary Church**
**PO Box 609**
**Cook, MN 55723-0609**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**St. Mary Church**
**124 Fifth Street, SE**
**Cook, MN 55723**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

---

Debtor    **Diocese of Duluth**

<table>
<tr><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
</table>

Case number (*if know*)    **15-50792**

---

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ■ No |
| | | ☐ Yes |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Mary Church**
**8118 Lake Street**
**Willow River, MN 55795**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ■ No |
| | | ☐ Yes |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Mary Church**
**57 Horn Blvd.**
**Silver Bay, MN 55614-1232**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ■ No |
| | | ☐ Yes |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Mary Church**
**PO Box 98**
**Deer River, MN 56636-0098**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ■ No |
| | | ☐ Yes |

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

Debtor    **Diocese of Duluth**                                    Case number (if know)    **15-50792**
          First Name      Middle Name           Last Name

**St. Mary Star of the Sea**                    *Check all that apply.*
**325 E 3rd Street**                            ■ Contingent
**Duluth, MN 55805-1897**                       ■ Unliquidated
                                                ■ Disputed

_____

                                                Basis for the claim:    **Diocese of Duluth Parish**
                                                                         _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number     _____    ■ No
                                                    ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Mathias**                                 *Check all that apply.*
**1108 Willow Street**                          ■ Contingent
**Brainerd, MN 56401**                          ■ Unliquidated
                                                ■ Disputed

_____

                                                Basis for the claim:    **Diocese of Duluth Parish**
                                                                         _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number     _____    ■ No
                                                    ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Mathias Church**                          *Check all that apply.*
**1108 Willow Street, SE**                      ■ Contingent
**Brainerd, MN 56401**                          ■ Unliquidated
                                                ■ Disputed

_____

                                                Basis for the claim:    **Diocese of Duluth Parish**
                                                                         _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number     _____    ■ No
                                                    ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**St. Michael Church**                          *Check all that apply.*
**PO Box 52**                                   ■ Contingent
**Northome, MN 56661-0052**                     ■ Unliquidated
                                                ■ Disputed

_____

                                                Basis for the claim:    **Diocese of Duluth Parish**
                                                                         _____

Debtor   **Diocese of Duluth**

| First Name | Middle Name | Last Name |

Case number (*if know*)   **15-50792**

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.10 2 |

**Nonpriority creditor's name and mailing address**

**St. Michael Church**
**4901 E Superior Street**
**Duluth, MN 55804-2495**

**As of the petition filing date, the claim is:**
*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:**   **Diocese of Duluth Parish**

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.10 3 |

**Nonpriority creditor's name and mailing address**

**St. Patrick Church**
**PO Box 490**
**Hinckley, MN 55037-0490**

**As of the petition filing date, the claim is:**
*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:**   **Diocese of Duluth Parish**

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.10 4 |

**Nonpriority creditor's name and mailing address**

**St. Paul Church**
**PO Box 38**
**Longville, MN 56655-0038**

**As of the petition filing date, the claim is:**
*Check all that apply.*

■Contingent

■Unliquidated

■Disputed

**Basis for the claim:**   **Diocese of Duluth Parish**

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■No

☐Yes

---

| 3.10 5 |

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$ **0.00**

---

Debtor   **Diocese of Duluth**

First Name   Middle Name   Last Name   Case number (if know)   **15-50792**

---

**St. Philip Church**
**3 Sixth Avenue**
**Proctor, MN 55810-1633**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.10 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**St. Pius X Church**
**15 Ash Blvd**
**Babbitt, MN 55706**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.10 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**St. Raphael Church**
**5779 Seville Road**
**Duluth, MN 55811-9612**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.10 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**St. Rose Church**
**3 Sixth Avenue**
**Proctor, MN 55810-1633**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Diocese of Duluth Parish**

---

| Debtor | **Diocese of Duluth** | | | Case number (*if know*) | **15-50792** |
| | First Name | Middle Name | Last Name | | |

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.10
9**

**Nonpriority creditor's name and mailing address**
**St. Thomas Chapel**
**411 N 10th Street**
**Brainerd, MN 56401**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.11
0**

**Nonpriority creditor's name and mailing address**
**St. Thomas Church**
**810 5th Street**
**International Falls, MN 56649-2413**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Diocese of Duluth Parish**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.11
1**

**Nonpriority creditor's name and mailing address**
**Wells Fargo Bank**
**PO Box 64**
**Carol Stream, IL 60197-6415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Bishop and Pastoral center**
**credit card expenses**

$    **4,259.00**

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **4226**

Is the claim subject to offset?

■ No
☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Diocese of Duluth** | | Case number (if know) | **15-50792** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 35,977.67 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 4,945,232.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | 4,981,209.86 |

**Fill in this information to identify the case:**

Debtor name    **Diocese of Duluth**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **15-50792**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Neopost postage meter** | |
| State the term remaining    **9/2016** | **Office Enterprises** |
| List the contract number of any government contract | **1808 Belknap** **Superior, WI 54880** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Leased copier and printer** | |
| State the term remaining    **5 months** | **Toshiba Business Solutions** |
| List the contract number of any government contract | **9740 Irvine Boulevard** **Irvine, CA 92618** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Diocese of Duluth**__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) __**15-50792**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Diocese of Duluth**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)  **15-50792**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Income**

1.  **Gross revenue from business**

    ☐None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **7/01/2015** to **November 30, 2015** | ☐Operating a business <br> ■Other  **Donations** | **$2,381,259.00** |
| **For prior year:** From  **7/01/2014** to  **6/30/2015** | ☐Operating a business <br> ■Other  **Donations, gain on investments, etc.** | **$3,643,231.00** |
| **For year before that:** From  **7/01/2013** to  **6/30/2014** | ☐Operating a business <br> ■Other  **Donations, gain on investments, etc.** | **$3,514,052.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **7/01/2015** to  **November 30, 2015** | **Gain/loss on investments** | **$144,090.00** |

**List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Diocese of Duluth**                                      Case number *(if known)* **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Big Sandy Camp and Retreat Center**<br>**52511 185th Place**<br>**McGregor, MN 55760** | 9/14/15 | $60,039.00 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other__ |
| 3.2.  **Blue Cross and Blue Shield of MN**<br>**PO Box 64676**<br>**Saint Paul, MN 55164-0676** | 9/14/15 -<br>$47,463.50 &<br>$74,118.00<br>9/25/15 -<br>$3,990.00<br>10/14/15 -<br>$47,463.50 &<br>$78,366.50<br>10/30/15 -<br>$3,990.00 &<br>$87,171.00<br>11/12/15 -<br>$47,463.50<br>11/24/15 -<br>$3,990.00 &<br>$73,809.00<br>10/14/15 -<br>$78,366.50<br>10/30/15 -<br>$87,171.00<br>11/12/15 -<br>$47,463.50<br>11/24/15 -<br>$73,809.00 | $467,825.00 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other  **Benefits provider** |
| 3.3.  **Cathedral of Our Lady**<br>**2801 East 4th Street**<br>**Duluth, MN 55812** | 9/14/15 -<br>$500.00<br>9/25/15 -<br>$5,411.85<br>10/14/15 -<br>$500.00<br>10/30/15 -<br>$2,447.60<br>11/12/15 -<br>$500.00 | $9,359.45 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other  **Facility maintenance and service for IT coordinator** |
| 3.4.  **The Catholic Spirit**<br>**328 Kellog Bvld., West**<br>**Saint Paul, MN 55102-1900** | 9/14/15 -<br>$314.00 &<br>$14,995.08<br>10/14/15 -<br>$15,376.19<br>11/12/15 -<br>$15,369.60<br>11/24/15 -<br>$13,269.00 | $59,323.87 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other  **Printing and publication of the diocesan newspaper** |

Debtor    **Diocese of Duluth**                                      Case number (*if known*)  **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.5.  **Citon Corporation**<br>**209 W 1st Street**<br>**Duluth, MN 55802** | 9/14/15 -<br>$11,889.50<br>9/25/15 -<br>$3,633.50<br>10/14/15 -<br>$3,720.50<br>11/12/15 -<br>$3,720.50<br>12/4/15 -<br>$3,750.50 | $26,714.50 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>☐Other___ |
| 3.6.  **DECC**<br>**350 Harbor Drive**<br>**Duluth, MN 55802** | 10/14/15 | $18,578.26 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other  **Facility rental and catering** |
| 3.7.  **Principal**<br>**PO Box 10333**<br>**Des Moines, IA 50306-0333** | 9/25/15 -<br>$2,560.60<br>10/30/15 -<br>$2,560.60<br>11/24/15 -<br>$2,560.60 | $7,681.80 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other  **Dental insurance** |
| 3.8.  **Benefits Agency Account**<br>**2830 East 4th Street**<br>**Duluth, MN 55812** | 12/4/15 | $29,493.60 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other  **Benefits** |
| 3.9.  **Elsaesser Jarzabek Anderson**<br>**320 East Neider Avenue, Suite 102**<br>**Coeur D Alene, ID 83815** | 11/25/15<br>Retainer | $20,000.00 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other  **Legal representation on bankruptcy** |
| 3.10.  **Wells Fargo Bank**<br>**PO Box 6415**<br>**Carol Stream, IL 60197-6415** | 9/14/15 -<br>$2,455.97<br>10/14/15 -<br>$7,122.72<br>11/12/15 -<br>$7,293.30 | $16,871.99 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other  **credit card purchases** |
| 3.11.  **Followship of the Catholic**<br>**PO Box 18710**<br>**Golden, CO 80402** | 9/14/15 -<br>$5,000.00<br>10/14/15 -<br>$5,000.00<br>11/12/15 -<br>$5,000.00<br>12/4/15 -<br>$5,000.00 | $20,000.00 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other  **Campus missionaries** |

Debtor    **Diocese of Duluth**                                    Case number (if known)    **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.12. **Gray, Plant, Mooty**<br>**80 South 8th Street**<br>**Minneapolis, MN 55402** | 10/14/15 -<br>$705.50<br>10/30/15 -<br>$1,278.75<br>11/25/15 -<br>$15,000.00<br>12/4/15 -<br>$7,529.50 | $24,513.75 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other__**Legal representation**__ |
| 3.13. **Jim N Jo's Katering**<br>**1363 Carlton Road**<br>**Cloquet, MN 55720** | 9/14/15 -<br>$1,984.90<br>10/14/15 -<br>$4,491.38<br>11/12/15 -<br>$893.21 | $7,369.49 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other__**Food services**__ |
| 3.14. **Johnson Killen & Seiler**<br>**230 W Superior Street**<br>**Suite 800**<br>**Duluth, MN 55802** | 9/14/15 -<br>$7,566.25<br>10/14/15 -<br>$11,996.60<br>10/30/15 -<br>$6,589.00<br>11/24/15 -<br>$6,649.87<br>12/4/15 -<br>$22,552.11 | $55,353.83 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other__**Legal representation**__ |
| 3.15. **Minnesota Catholic Conference**<br>**475 University Avenue W**<br>**Saint Paul, MN 55103-1959** | 9/30/15 -<br>$2,935.85<br>10/16/15 -<br>$2,935.85<br>11/16/15 -<br>$2,935.85 | $8,807.55 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>☐Other__ |
| 3.16. **McCabe Renewal Center**<br>**2125 Abbotsford Avenue**<br>**Duluth, MN 55803-2219** | 9/14/15 -<br>$536.00<br>9/25/15 -<br>$2,383.50<br>10/30/15 -<br>$2,617.00<br>11/24/15 -<br>$2,841.000 | $8,377.50 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other__**Facility fees for deacon formation**__ |
| 3.17. **McGladrey and Pullen, LLP**<br>**331 W 3rd Street, Suite 200**<br>**Davenport, IA 52801** | 9/14/15 -<br>$12,500.00<br>10/14/15 -<br>$3,900.00 | $16,400.00 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other__**Accountants**__ |
| 3.18. **Medicare**<br>**PO Box 64002**<br>**Saint Paul, MN 55164** | 10/14/15 -<br>$3,116.50<br>11/12/15 -<br>$2,574.50<br>12/4/15 -<br>$2,439.00 | $8,130.00 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>■Other__**Health Benefits**__ |

Debtor    **Diocese of Duluth**                                                Case number *(if known)*   **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19. | **Met Life SBC**<br>**PO Box 804466**<br>**Kansas City, MO 64180** | **9/25/15 -**<br>**$4,532.04**<br>**10/30/15 -**<br>**$4,498.36**<br>**11/24/15 -**<br>**$4,201.71** | **$13,232.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>■ Other  **Health Benefits** |
| 3.20. | **Mutual of America**<br>**8000 Norman Center Drive**<br>**Suite 1110**<br>**Minneapolis, MN 55437** | **9/23/15 -**<br>**25,842.33**<br>**10/22/15 -**<br>**$27,077.96**<br>**10/28/15 -**<br>**$21,324.34**<br>**11/18/15 -**<br>**$29,915.24** | **$104,159.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other  **Retirement Benefits** |
| 3.21. | **Points North**<br>**371 Canal Park Drive**<br>**Suite 210**<br>**Duluth, MN 55802** | **9/2/15 -$**<br>**1,640.70**<br>**9/14/15 -**<br>**$1,575.00**<br>**10/1/15 - $**<br>**1,640.70**<br>**11/1/15 - $**<br>**1,640.70**<br>**12/1/15 - $**<br>**1,640.70** | **$8,137.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other ___ |
| 3.22. | **Principal Financial Group**<br>**PO Box 9394**<br>**Des Moines, IA 50306** | **11/24/15** | **$80,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other  **Retirement Benefits** |
| 3.23. | **Sacred Heart School of Theology**<br>**PO Box 429**<br>**Hales Corners, WI 53130** | **10/14/15** | **$15,475.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>■ Other  **Seminarian tuition** |
| 3.24. | **Sister of the Divine Providence**<br>**5300 St. Anne Drive**<br>**Melbourne, KY 41059** | **9/30/15 -**<br>**$4,754.11**<br>**10/30/15 -**<br>**$4,754.11**<br>**11/30/15 -**<br>**$4,754.11** | **$14,262.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other ___ |
| 3.25. | **Sound Central, LLC**<br>**1230 Poplar Avenue**<br>**Superior, WI 54880** | **10/14/15** | **$9,418.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Loan<br>☐ Other ___ |

Debtor   **Diocese of Duluth**                              Case number *(if known)*   **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26. **University of St. Thomas**<br>**Business Office Mail 5002**<br>**2115 Summit Avneue**<br>**Saint Paul, MN 55105** | 10/14/15 | $96,895.00 | ☐Secured debt<br>☐Unsecured loan repayments<br>☐Suppliers or vendors<br>☐Loan<br>■Other _Seminarian tuition_ |
| 3.27. **Ruttger's Sugar Lake Lodge**<br>**PO Box 847**<br>**Grand Rapids, MN 55744** | 10/30/15 -<br>$8,000.00<br>11/12/15 -<br>$13,522.54 | $21,522.54 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>☐Other__ |
| 3.28. **Superior Shores Resort**<br>**1521 Superior Shores Drive**<br>**Two Harbors, MN 55616** | 10/14/15 -<br>$842.00<br>10/30/15 -<br>$38,696.49 | $39,538.49 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>☐Other__ |
| 3.29. **Trak 1 Technology**<br>**PO Box 720972**<br>**Norman, OK 73070** | 9/14/15 -<br>$587.86<br>10/14/15 -<br>$2,420.60<br>11/12/15 -<br>$4,460.82 | $7,469.28 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>☐Other__ |
| 3.30. **Turnkey Direct Marketing, Inc.**<br>**PO Box 261**<br>**Excelsior, MN 55331** | 9/14/15 -<br>$9,098.02<br>11/12/15 -<br>$1,644.91 | $10,742.93 | ☐Secured debt<br>☐Unsecured loan repayments<br>■Suppliers or vendors<br>☐Loan<br>☐Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Diocese of Duluth** | Case number *(if known)* | **15-50792** |

■None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Doe 30 v. Diocese of Duluth**<br>**62-CV-14-871** | **Personal Injury** | **State of Minnesota District Court**<br>**15 W Kellogg Blvd., Room 1700**<br>**Saint Paul, MN 55102** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.2. | **Doe 5 v. Diocese of Duluth**<br>**69-DU-CV-13-1654** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.3. | **Doe 28 v. Diocese of Duluth**<br>**69DU-CV-13-2995** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.4. | **Doe 1 v. Diocese of Duluth**<br>**69DU-CV-15-1264** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.5. | **Doe 68 v. Diocese of Duluth**<br>**69DU-CV-15-2435** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.6. | **Doe 70 v. Diocese of Duluth**<br>**69DU-CV-15-2436** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>□ On appeal<br>□ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■None

**Part 4:    Certain Gifts and Charitable Contributions**

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **Diocese of Duluth** | Case number *(if known)* **15-50792** |
|---|---|---|

☐None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Catholic University of America** 620 Michigan Avenue NE Washington, DC 20064 | **Donations** | 12/26/2014 | $10,000.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | **USCCB Communications Campaign** 3211 Fourth Street, NE Washington, DC 20017-1194 | **Donations** | 12/26/2014 | $4,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | **Catholic Foundation of S MN** PO Box 6075 Albert Lea, MN 56007 | **Donations** | 8/27/15 - $10,000, 2/12/2015 - $10,000 | $20,000.00 |
| | Recipients relationship to debtor | | | |
| 9.4. | **USCCB - Gift to the Holy Father** PO Box 96989 Washington, DC 20090-6989 | **Donations** | 7/13/2015 | $2,215.00 |
| | Recipients relationship to debtor | | | |
| 9.5. | **Crow Wing Restoration Committee** 34 1st Avenue NE Saint Joseph, MN 56374 | **Donations** | 6/26/2015 | $5,000.00 |
| | Recipients relationship to debtor | | | |
| 9.6. | **Mother's of Priests** 9326 Agate Lake Road Lake Shore, MN 56468 | **Donations** | 12/4/2015 | $4,653.30 |
| | Recipients relationship to debtor | | | |
| 9.7. | **Guiding Star Duluth** 11 East Superior Street Suite 273 Duluth, MN 55802 | **Donations** | 12/4/2015 | $2,150.00 |
| | Recipients relationship to debtor | | | |

| Debtor | **Diocese of Duluth** | Case number *(if known)*  **15-50792** |
| --- | --- | --- |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.8. | **Various Recipients** | **Debtor is unable to give names of the recipients as these gifts were made to the needy for urgent needs, and records were not kept.** | **2015** | **$3,180.83** |
| | Recipients relationship to debtor | | | |
| 9.9. | **St. Luke's Church** <br> **122 Commercial Avenue N** <br> **Sandstone, MN 55072** | **Land located in Pine County, MN, gifted to St. Joseph Church, now closed and merged with St. Luke's Church, Sandstone** | | **Unknown** |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Elsaesser Jarzabek Anderson** <br> **320 East Neider Avenue,** <br> **Suite 102** <br> **Coeur D Alene, ID 83815** | | **November 30, 2015** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Diocese of Duluth**                                          Case number *(if known)* **15-50792**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | 8/31/15 - $222.75 9/30/15 - $1,386.00 10/28/15 - $1,311.75 12/3/15 - $15,642.80 | |
| | **Johnson Killen & Seiler** **230 W Superior Street, Suite 800** **Duluth, MN 55802** | | | **$18,563.30** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Gray, Plant, Mooty** **80 South 8th Street** **Minneapolis, MN 55402** | | 11/25/15 - $15,000.00 12/3/15 - $7,007.00 | **$22,007.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

| Debtor | **Diocese of Duluth** | Case number *(if known)* **15-50792** |

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐None

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Missionary Cooperative** | **Diocese of Duluth 2830 East 4th Street Duluth, MN 55812** | **Missionary Cooperative are missionaries invited to visit parishes in the diocese to fundraise for their ministry. Parishes remit funds they collect to the Diocese, who forwards the funds to the appropriate religious order or ministry.  The Diocese acts as an agent and coordinator for this program.** | $30,189.85 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Kingstown Appeal** | **Diocese of Duluth 2830 East 4th Street Duluth, MN 55812** | **Kingstown Appeal - An annual appeal on behalf of the sister diocese in Kingstown, Grenadines.  It's a direct mail appeal to donors and some parishes take up collections for it.  Money is accumulated and forwarded to Kingstown after the appeal is over in March.** | $16,681.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Parishes** | **Wells Fargo 3831 West Superior Street Duluth, MN 55807** | **National Collections account, monies held for parishes. Acct. #4495** | $87,157.27 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Parishes** | **Wells Fargo 3831 West Superior Street Duluth, MN 55807** | **Benefits Agency, account to hold benefits payments from the parishes. Acct #7604** | $176,082.58 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Restricted Donations Short Term Investments** | **Wells Fargo 3831 West Superior Street Duluth, MN 55807** | **Donor restricted short term money account. Acct #6319** | $128,938.68 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Catholic Religious Education Endowment 2830 East 4th Street Duluth, MN 55812** | **Catholic Order of Foresters PO Box 3012 Naperville, IL 60566-7012** | **Insurance policy owned by Catholic Religious Education Endowment Fund (CREED).** | $65,718.95 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Catholic Religious Education Endowment 2830 East 4th Street Duluth, MN 55812** | **Jackson National Life Insurance Company P.O. Box 24068 Lansing, MI 48909-4068** | **Insurance policy with Jackson National Life Insurance Company owned by Catholic Religious Education Endowment (CREED).** | $11,597.56 |

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor  **Diocese of Duluth**                                    Case number *(if known)* **15-50792**

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | |
| | | **Dates business existed** |

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Rachel Vanhornweder** **5714 East Clara Barton Road** **South Range, WI 54874** | **1/2011 - 8/2015** |
| 26a.2.  **Michael Beery** **1414 Vermillion Road** **Duluth, MN 55812** | **9/2015 - Present** |
| 26a.3.  **Franz Hoefferle** **2830 East 4th Street** **Duluth, MN 55812** | **7/2010 - Present** |

Debtor    **Diocese of Duluth**                                                   Case number (*if known*)    **15-50792**

| Name and address | Date of service From-To |
|---|---|
| 26a.4.    **Kelly Mackey**<br>**820 8th Avenue East**<br>**Duluth, MN 55804** | **8/2006 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **RSM McGladrey, Inc.**<br>**227 West First Street**<br>**Suite 700**<br>**Duluth, MN 55802-1919** | **1995 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bishop Paul D. Sirba** | **2830 East 4th Street**<br>**Duluth, MN 55812** | **President** | |
| **Rev. James B. Bissonette** | **2830 East 4th Street**<br>**Duluth, MN 55812** | **Vice President** | |
| **Rev. Steven Laflamme** | **2830 East 4th Street**<br>**Duluth, MN 55812** | **Member** | |
| **Marilyn Gratto** | **2830 East 4th Street**<br>**Duluth, MN 55812** | **Secretary** | |

Debtor   **Diocese of Duluth**                                    Case number (*if known*)   **15-50792**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Doug Hildenbrand | **2830 East 4th Street**<br>**Duluth, MN 55812** | **Treasurer** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Rev. Eric Hastings | **2830 East 4th Street**<br>**Duluth, MN 55812** | **Chancellor** | **Termination date 5/31/2015** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Bishop Paul Sirba**<br>**2830 East 4th Street**<br>**Duluth, MN 55812** | **$29,270** | **12/2014-12/20 15** | **Salary** |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation | |
|--------------------------------|----------------------------------------------------------|--|
| **Diocese of Duluth Lay Employees Pension Plan, Non-ERISA church plan** | **EIN:** | **N/A** |
| **Pension Plan for the Priests at the Diocese of Duluth, Non-ERISA church plan** | **EIN:** | **N/A** |

| **Part 14:** | **Signature and Declaration** |
|--------------|-------------------------------|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Diocese of Duluth**                                          Case number *(if known)*  **15-50792**

true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 21, 2015**

**/s/ Franz Hoefferle**                                    **Franz Hoefferle**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■No
☐Yes

Local Form 1007-1 (05/14)

# United States Bankruptcy Court
## District of Minnesota

In re    **Diocese of Duluth**                                              Case No.
                                    Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ............................ $    **Per Hourly Agreement**
Prior to the filing of this statement I have received    .............. $    **20,000.00**
Balance Due    .......................................................... $    **As billed**

2.    The source of the compensation paid to me was:
      ■   Debtor                    ☐   Other (specify)

3.    The source of the compensation to be paid to me is:
      ■   Debtor                    ☐   Other (specify)

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: **All post-petition work to be billed at hourly rates.**

      (a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      (b) Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      (c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      (d) Representation of the debtor in contested bankruptcy matters; and

      (e) Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements of paragraph 9 of the Statement of Financial Affairs of the duty to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

CERTIFICATION

Local Form 1007-1

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated    : 12/21/2015

                        Signature of Attorney

                        **/s/ Bruce A. Anderson**

                        **Bruce A. Anderson**
                        **Idaho Bar #3392**

# United States Bankruptcy Court
## District of Minnesota

In re    **Diocese of Duluth**

Debtor(s)

Case No.    **15-50792**

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Diocese of Duluth**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

**December 21, 2015**

Date

**/s/ Bruce A. Anderson**

**Bruce A. Anderson  #3392**

Signature of Attorney or Litigant

Counsel for   **Diocese of Duluth**

**Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd.**

**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
**(208) 667-2900 Fax:(208) 667-2150**
**brucea@ejame.com**

# United States Bankruptcy Court
## District of Minnesota

| In re | **Diocese of Duluth** | | | Case No. | **15-50792** |
|---|---|---|---|---|---|
| | | Debtor(s) | | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 21, 2015**

Signature **/s/ Franz Hoefferle**

**Franz Hoefferle**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  Diocese of Duluth

Case No.  15-50792

Debtor(s).

## SIGNATURE DECLARATION

- ☑ PETITION, SCHEDULES & STATEMENTS
- ☐ CHAPTER 13 PLAN
- ☐ VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
- ☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- ☐ MODIFIED CHAPTER 13 PLAN
- ☐ OTHER: PLEASE DESCRIBE: _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1.  The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2   The  Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3.  **[individual debtors only]** If no Social Security Number  was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4   I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5.  My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.  **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date:  ___12/21/2015___

x  _Franz Hoefferle_____

x  _____

_ Signature of Debtor or Authorized
Representative

Signature of Debtor 2

__Franz Hoefferle_____

Printed name of Debtor or Authorized
Representative

_____

Printed Name of Debtor 2