# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**                                                        BK 15-50792

**Diocese of Duluth**                                             Chapter 11

    **Debtor**

---

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS IN CHAPTER 11 CASE

---

The U.S. Trustee for Region 12 appoints the following persons to the Official Committee of Unsecured Creditors in this case:

1. Creditor: William Weis
   c/o Jeff Anderson
   Jeff Anderson & Associates P.A.
   366 Jackson Street, Suite 100
   St. Paul, MN 55101
   (651)227-9990

2. Creditor: Quin Buchtel
   c/o Jeff Anderson
   Jeff Anderson & Associates P.A.
   366 Jackson Street, Suite 100
   St. Paul, MN 55101
   (651)227-9990

3. Creditor: Ben Gustafson
   c/o Jeff Anderson
   Jeff Anderson & Associates P.A.
   366 Jackson Street, Suite 100
   St. Paul, MN 55101
   (651)227-9990

The U.S. Trustee has designated Mr. Weis as the acting chairperson of the committee until such time as the members can meet and officially elect their own person.

Dated: December 28, 2015    Respectfully submitted,

                                                DANIEL MCDERMOTT
                                               United States Trustee
                                               Region 12

                              By:    /s/ Sarah J. Wencil
                                               Sarah J. Wencil
                                               IA Attorney I.D. No. 14014
                                               Trial Attorney
                                               U.S. Trustee's Office
                                               300 South Fourth St., #1015
                                               Minneapolis, MN  55415
                                               (612) 334-1350