UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

Debtor-in-Possession.

Case No.: 15-50792

Chapter 11

**RULE 2015.3 DISCLOSURE**

Federal Rule of Bankruptcy Procedure 2015.3 requires a debtor in possession to file periodic financial reports of each entity in which the estate holds a substantial or compelling interest.

The following entities are established under Minnesota law provide service to or for the benefit of the Diocese of Duluth:

1. The Catholic Religious Education Endowment Fund of the Diocese of Duluth;
2. The Human Life and Development Fund of the Diocese of Duluth;
3. Seminarian Endowment Fund of the Diocese of Duluth;
4. Duluth Area Catholic Schools;
5. Calvary Cemetery; and
6. Newman Catholic Campus Ministries at U.M.D.

The debtor does not believe that it owns a substantial or compelling interest in the above entities. The debtor is making this disclosure regardless of the applicability of Rule 2015.3 in the interest of comprehensive transparency and full disclosure.[1] Financial information for several of these entities is available on the debtor's website at http://www.dioceseduluth.org/Endowments.

Date: 1/29/2016

_____
Signature of Authorized Individual

Franz Hoefferle
_____
Name of Authorized Individual

CFO
_____
Title of Authorized Individual

---

[1] The debtor reserves the right to seek a determination by the Court regarding the applicability of Rule 2015.3 to these entities.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

Debtor-in-Possession.

Case No.: 15-50792

Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2016, I electronically filed debtor's Rule 2015.3 Disclosure with the Clerk of the Court in the above-captioned matter using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

Jeffrey R Anderson on behalf of Interested Party Certain Personal Injury Creditors
jeff@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com

J. Ford Elsaesser on behalf of Debtor Diocese of Duluth
ford@ejame.com, katie@ejame.com

Michael G Finnegan on behalf of Interested Party Certain Personal Injury Creditors
mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com

Robert T. Kugler on behalf of Creditor Committee Official Committee of Unsecured Creditors
robert.kugler@stinsonleonard.com, laura.schumm@stinsonleonard.com

Phillip Kunkel on behalf of Debtor Diocese of Duluth
phillip.kunkel@gpmlaw.com

Connie A. Lahn on behalf of Interested Party CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
clahn@btlaw.com, tpaulson@btlaw.com;marobinson@btlaw.com;pgroff@btlaw.com

Robert Raschke on behalf of U.S. Trustee US Trustee
robert.raschke@usdoj.gov

US Trustee
ustpregion12.mn.ecf@usdoj.gov

Sarah J Wencil on behalf of U.S. Trustee US Trustee
Sarah.J.Wencil@usdoj.gov

    DATED this 29th day of January, 2016.

                                     */s/ Bruce A. Anderson*
                                     Bruce A. Anderson