UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

---

In re:

Diocese of Duluth,

        Debtor-in-Possession.

Case No.: 15-50792

Chapter 11

---

**RESPONSE OF DIOCESE OF DULUTH TO THE VERIFIED RESPONSE OF STINSON LEONARD STREET LLP TO THE UNITED STATES TRUSTEE'S REPORT AND RECOMMENDATION DECLINING TO APPROVE EMPLOYMENT**

---

The Diocese of Duluth submits this filing in response to the Verified Response of Stinson Leonard Street LLP to the United States Trustee's Report and Recommendation Declining to Approve Employment ("Verified Response") [Docket No. 48]. The purpose of this response is to inform the Court, the United States Trustee and any other party in interest that statements made in the Verified Response with regard to the debtor are correct.

Debtor's counsel and Stinson Leonard Street have had multiple discussions regarding the minimal amount of estate assets and the need to manage administrative expenses. Debtor's counsel appreciates Stinson Leonard Street's attention and responsiveness to these circumstances. To the extent the Verified Response sets forth agreements or understandings

//

//

//

//

**RESPONSE OF DIOCESE OF DULUTH TO THE VERIFIED RESPONSE OF STINSON LEONARD STREET LLP TO THE UNITED STATES TRUSTEE'S REPORT AND RECOMMENDATION DECLINING TO APPROVE EMPLOYMENT - 1**

between the debtor and proposed counsel for the Official Committee of Unsecured Creditors, they are accurate.

Dated: February 5, 2016                                    Respectfully Submitted,

/e/ Bruce A. Anderson
ELSAESSER JARZABEK
ANDERSON ELLIOTT &
MACDONALD, CHTD.
Bruce A. Anderson (#3392)
J. Ford Elsaesser (#2205)
320 East Neider Avenue
Suite 102
Coeur d'Alene, ID  83815
Tel: (208) 667-2900
brucea@ejame.com
ford@ejame.com

-and-

/e/ Phillip L. Kunkel
GRAY PLANT MOOTY
Phillip L. Kunkel (#058981)
1010 West St. Germain, Suite 500
St. Cloud, MN  56301
Tel:(320) 202-5335
Fax:(320) 252-5626
phillip.kunkel@gpmlaw.com

*Attorneys for the Diocese of Duluth*

**RESPONSE OF DIOCESE OF DULUTH TO THE VERIFIED RESPONSE OF STINSON LEONARD STREET LLP TO THE UNITED STATES TRUSTEE'S REPORT AND RECOMMENDATION DECLINING TO APPROVE EMPLOYMENT - 2**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

        Debtor-in-Possession.

Case No.: 15-50792

Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2016, I electronically filed the Response of Diocese of Duluth to the Verified Response of Stinson Leonard Street LLP to the United States Trustee's Report and Recommendation Declining to Approve Employment with the Clerk of the Court in the above-captioned matter using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

Jeffrey R Anderson on behalf of Interested Party Certain Personal Injury Creditors
jeff@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com

J. Ford Elsaesser on behalf of Debtor Diocese of Duluth
ford@ejame.com, katie@ejame.com

Michael G Finnegan on behalf of Interested Party Certain Personal Injury Creditors
mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com

Robert T. Kugler on behalf of Creditor Committee Official Committee of Unsecured Creditors
robert.kugler@stinsonleonard.com, laura.schumm@stinsonleonard.com

Phillip Kunkel on behalf of Debtor Diocese of Duluth
phillip.kunkel@gpmlaw.com

Connie A. Lahn on behalf of Interested Party CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
clahn@btlaw.com, tpaulson@btlaw.com;marobinson@btlaw.com;pgroff@btlaw.com

Robert Raschke on behalf of U.S. Trustee US Trustee
robert.raschke@usdoj.gov

US Trustee
ustpregion12.mn.ecf@usdoj.gov

Sarah J Wencil on behalf of U.S. Trustee US Trustee
Sarah.J.Wencil@usdoj.gov

      DATED this 5th day of February, 2016.

                                         */s/ Bruce A. Anderson*
                                         Bruce A. Anderson