UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

        Debtor.

BKY  15-50792

Chapter 11

**ORDER DIRECTING MEDIATION AND APPOINTING MEDIATOR "**

This case is before the court on the debtor's motion to appoint a mediator. Based on the motion an the file,

**IT IS ORDERED:**

1. The motion is granted.

2. United States Bankruptcy Judge Gregg W. Zive is appointed the mediator.

3. The parties to the mediation shall include: (1) the debtor; (2) the committee of unsecured creditors; (3) Jeff Anderson and Associates, on behalf of certain sexual abuse creditors; (4) other counsel, if any, on behalf of sexual abuse creditors; (5) any additional persons, including insurers that, with Judge Zive's consent, choose to participate in the mediation, and (6) any person that by order are required to participate.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/10/2016*
Lori Vosejpka, Clerk, by LH

4. No communication of any type, whether oral or written, related in any way to the mediation, shall be used by any party for any purpose, including impeachment, in any arbitration, judicial, administrative or other proceeding and may not be disclosed to any non-party to the mediation.

5. The mediation shall be held in St. Paul or Minneapolis or at such other place as determined by Judge Zive. Judge Zive will establish the schedules and procedures for the mediations sessions. The parties and their respective counsel must comply with all directions issued by Judge Zive in this case unless otherwise ordered by the court.

6. The mediation shall commence as ordered by Judge Zive.

7. The mediation shall be conducted by Judge Zive without cost to any party.

Dated: March 10, 2016

/e/ Robert J. Kressel
United States Bankruptcy Judge