# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,                                      Case No. **BKY 15-50792**

Debtor(s)                                               **Chapter 11 Case**

## SEXUAL ABUSE CLAIMS

Claims ___0___ to ___1___ turned over to Gray Plant.

Received by _____ on _3/11/16_ .