**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Diocese of Duluth** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | **15-50792** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accrued Vacation Pay c/o Diocese of Duluth 2830 E 4th Street Duluth, MN 55812 | | Various accruals of vacation pay | | | | $35,977.67 |
| All Saints Church 411 N. 10th Street Brainerd, MN 56401 | | Diocese of Duluth Parish | Contingent Unliquidated Disputed | | | $0.00 |
| Blessed Sacrament 2310 7th Avenue, E Hibbing, MN 55746 | | Diocese of Duluth Parish | Contingent Unliquidated Disputed | | | $0.00 |
| Cathedral of Our Lady 2801 E 4th Street Duluth, MN 55812-1599 | | Diocese of Duluth Parish | Contingent Unliquidated Disputed | | | $0.00 |
| Claimant 01 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| Claimant 02 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |
| Claimant 03 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101 | | Potential Tort Claimant, represented by counsel. Name and address to be filed under seal. | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Diocese of Duluth** | | Case number *(if known)* | **15-50792** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claimant 04 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 05 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 06 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 07 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 08 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 09 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 10 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Diocese of Duluth** | | | Case number *(if known)* | **15-50792** |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claimant 11 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Claimant 12 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Doe 01 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Tort Claimant represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Doe 05 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Tort Claimant represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Doe 30 c/o Jeff Anderson and Assoc. 366 Jackson Street, Suite 100 Saint Paul, MN 55101** | | **Tort Claimant represented by counsel. Name and address to be filed under seal.** | **Contingent Unliquidated Disputed** | | | **$4,899,600.00** |
| **Wells Fargo Bank PO Box 64 Carol Stream, IL 60197-6415** | | **Bishop and Pastoral center credit card expenses** | | | | **$4,259.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Diocese of Duluth**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **15-50792**

☑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................................    $    **684,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...................................................................    $    **4,733,236.15**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.....................................................................    $    **5,417,236.15**

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **0.00**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **35,977.67**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **4,903,859.00**

4.    **Total liabilities** .......................................................................................
    Lines 2 + 3a + 3b    $    **4,939,836.67**

**Fill in this information to identify the case:**

Debtor name    **Diocese of Duluth**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **15-50792**

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.       **Cash on hand** | **$83.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** **3831 West Superior Street** **Duluth, MN  55807** | **Checking - General Operating** | **7569** | **$141,828.62** |
| 3.2. | **Wells Fargo** **3831 West Superior Street** **Duluth, MN  55807** | **Checking - Charity Account** | **8486** | **$1,251.10** |
| 3.3. | **PayPal Account** | **Financial Transfer Account for Event Registration into Checking Account** | **0000** | **$866.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$144,028.72** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Diocese of Duluth**
Name

Case number *(If known)*  **15-50792**

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Deposit for Deacon Retreat with Rutgers Sugar Lake Lodge**  $2,500.00

7.2.  **Deposit for Clergy Conference with Sugar Lake Lodge**  $7,500.00

7.3.  **Deposit for Men's Conference with Marshall School**  $1,476.00

7.4.  **Deposit for World Youth Day Trip with Club Europa**  $17,150.00

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**  **Total of Part 2.**  $28,626.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

11b. Over 90 days old:  **1,108,350.09**  -  **230,000.00**  =....  $878,350.09
face amount  doubtful or uncollectible accounts

**12.**  **Total of Part 3.**  $878,350.09
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:  % of ownership

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Debtor | **Diocese of Duluth** | Case number *(If known)* **15-50792** |
|---|---|---|
| | Name | |

Describe:

| 16.1. | **Bonds and investment portfolio at Wells Fargo Bank** | | $3,554,767.00 |
|---|---|---|---|

| 17. | **Total of Part 4.** | | **$3,554,767.00** |
|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | |

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Tables, chests, desks, chairs, couches, shelving units, other misc. furniture, see Exhibit 1** | $0.00 | | $32,325.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office computers and other misc. equipment - minimal value** | $0.00 | | $0.00 |
| **Office equipment including but not limited to computers, printers, security and phone systems, laptops, monitors, and other various items, see Exhibit 1** | $0.00 | | $42,583.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Jewelry - episcopal rings and pectoral crosses** | $0.00 | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Diocese of Duluth**
Name

Case number *(If known)* **15-50792**

| | | | |
|---|---|---|---|
| 42.2. | **Vestments, paintings, rings, crosses, glassware, sculptures, stoles, coats, plaques, at an undetermined value, Schedule available upon request.** | $0.00 | Unknown |

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$74,908.00**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2013 Chevrolet Equinox, Bishop's Vehicle** | $12,067.00 | Comparable sale | $12,067.00 |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Toro snowblower | $0.00 | | Unknown |

51.   **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$12,067.00**

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Debtor    **Diocese of Duluth**
Name

Case number *(If known)* **15-50792**

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **303 Ridgewood Road Duluth, MN  5812** | **Bishop's Residence - Fee Simple** | $548,400.00 | Tax records | $548,400.00 |
| 55.2.  **Baraga Cross Land St. Louis County PID 20-006-2240** | Fee simple | $1,100.00 | Tax records | $1,100.00 |
| 55.3.  **Crow Wing Chapel Crow Wing County PID: b20234403B00009** | Fee simple | $65,400.00 | Tax records | $65,400.00 |
| 55.4.  **Undeveloped Land 16898 Carlson Lake Road Brainerd, MN  56401** | Fee simple | $69,100.00 | Tax records | $69,100.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Diocese of Duluth**
Name

Case number *(If known)* **15-50792**

55.5 **Pastoral Center**

**located at 2830 East 4th St.,
Duluth, MN 55812 which is
property owned by the Cathedral
of Our Lady of the Rosary parish
("Cathedral").  The Pastoral
Center was constructed by the
debtor in the late 1980's at a cost
of approximately $ 1.8 million on
real property owned by the
Cathedral.  There is no lease
between the debtor and the
Cathedral. The property is
included in a single-family
residential zone in which office
buildings are not permitted uses.
Accordingly, the debtor has not
attributed any economic value to
the debtor's interest in this
building.**

<u>**ADDED REAL PROPERTY TO SCHEDULE**</u>

$0.00   Unknown

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$684,000.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

| Debtor | **Diocese of Duluth** | | Case number *(If known)* | **15-50792** |
|---|---|---|---|---|
| | Name | | | |

71.  **Notes receivable**
Description (include name of obligor)

**Priest debt being paid off.**            **13,419.83** -            **0.00** =            **$13,419.83**
                                Total face amount        doubtful or uncollectible amount

**Priest debt being paid off.**            **2,814.44** -            **0.00** =            **$2,814.44**
                                Total face amount        doubtful or uncollectible amount

**Priest debt being paid off.**            **1,255.07** -            **0.00** =            **$1,255.07**
                                Total face amount        doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**
**Estate of Thomas Boushart, 2% share in estate, in probate.**            **$23,000.00**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Misc. photos, clergy wardrobe, paintings, and supplies**            **Unknown**

78.  **Total of Part 11.**            | **$40,489.34** |

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Diocese of Duluth**
          Name                                            Case number *(If known)* **15-50792**

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $144,028.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $28,626.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $878,350.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $3,554,767.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $74,908.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,067.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $684,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $40,489.34 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,733,236.15  + 91b. | $684,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,417,236.15 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Diocese of Duluth**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)  **15-50792**

☑ Check if this is an
amended filing

# Official Form 206E/F - AMENDED
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,977.67** | **$35,977.67**

**Accrued Vacation Pay**
**c/o Diocese of Duluth**
**2830 E 4th Street**
**Duluth, MN 55812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Various accruals of vacation pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**All Saints Church**
**411 N. 10th Street**
**Brainerd, MN 56401**
Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blessed Sacrament**
**2310 7th Avenue, E**
**Hibbing, MN 55746**
Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Diocese of Duluth**                                    Case number (if known)    **15-50792**
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.3** Nonpriority creditor's name and mailing address

**Cathedral of Our Lady**
**2801 E 4th Street**
**Duluth, MN 55812-1599**

Date(s) debt was incurred _____

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Claimant 01**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

Date(s) debt was incurred  **1969-1970**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Potential Tort Claimant, represented by counsel.**
**Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Claimant 02**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

Date(s) debt was incurred  **1975-1976**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Potential Tort Claimant, represented by counsel.**
**Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Claimant 03**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

Date(s) debt was incurred  **1966-1970**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Potential Tort Claimant, represented by counsel.**
**Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Claimant 04**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

Date(s) debt was incurred  **1969-1974**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Potential Tort Claimant, represented by counsel.**
**Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Claimant 05**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

Date(s) debt was incurred  **1963-1967**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Potential Tort Claimant, represented by counsel.**
**Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Diocese of Duluth** | | Case number (if known) | **15-50792** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claimant 06**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  __1963-1967__

Last 4 digits of account number _

Basis for the claim:  Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claimant 07**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  __1971-1973__

Last 4 digits of account number _

Basis for the claim:  Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claimant 08**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  __1956-1958__

Last 4 digits of account number _

Basis for the claim:  Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claimant 09**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  __1981-1984__

Last 4 digits of account number _

Basis for the claim:  Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claimant 10**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  __1965-1966__

Last 4 digits of account number _

Basis for the claim:  Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claimant 11**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  __1965-1966__

Last 4 digits of account number _

Basis for the claim:  Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Diocese of Duluth**                                    Case number (if known)   **15-50792**
        Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Claimant 12**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **To be supplemented**

Last 4 digits of account number _

Basis for the claim:  **Potential Tort Claimant, represented by counsel. Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Doe 01**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1961 - 1962**

Last 4 digits of account number  **2935**

Basis for the claim:  **Tort Claimant represented by counsel. Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Doe 05**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1968 - 1969**

Last 4 digits of account number  **2055**

Basis for the claim:  **Tort Claimant represented by counsel. Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Doe 28**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1972 - 1974**

Last 4 digits of account number  **3515**

Basis for the claim:  **Tort Claimant represented by counsel. Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,899,600.00 |

**Doe 30**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1976**

Last 4 digits of account number  **3890**

Basis for the claim:  **Tort Claimant represented by counsel. Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Doe 68**
c/o Jeff Anderson and Assoc.
366 Jackson Street, Suite 100
Saint Paul, MN 55101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1969 - 1971**

Last 4 digits of account number  **7831**

Basis for the claim:  **Tort Claimant represented by counsel. Name and address to be filed under seal.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Diocese of Duluth**                                    Case number (if known)   **15-50792**

Name

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
--- | --- | --- | ---

**Doe 70**
**c/o Jeff Anderson and Assoc.**
**366 Jackson Street, Suite 100**
**Saint Paul, MN 55101**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  1973 - 1974

Last 4 digits of account number  5711

Basis for the claim:  **Tort Claimant represented by counsel. Name and address to be filed under seal.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Holy Angels Church**
**PO Box 487**
**Moose Lake, MN 55767-0487**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.23** Nonpriority creditor's name and mailing address

**Holy Cross Church**
**PO Box 218**
**Orr, MN 55771-0218**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.24** Nonpriority creditor's name and mailing address

**Holy Family Church**
**280 Reservation Road**
**Cloquet, MN 55720-9736**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.25** Nonpriority creditor's name and mailing address

**Holy Family Church**
**2430 W 3rd Street**
**Duluth, MN 55806-1801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.26** Nonpriority creditor's name and mailing address

**Holy Family Church**
**299 Red Oak Drive**
**Aitkin, MN 56431**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.27** Nonpriority creditor's name and mailing address

**Holy Family Church**
**PO Box 156**
**McGregor, MN 55760-0156**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Debtor   **Diocese of Duluth**                                          Case number (if known)    **15-50792**
_____
Name

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holy Rosary Church**
**16 W 5th Avenue North**
**Aurora, MN 55705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holy Rosary Church**
**PO Box 549**
**Grand Marais, MN 55604-0549**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holy Spirit Church**
**227 3rd Street**
**Two Harbors, MN 55616-1657**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holy Spirit Church**
**306 S 2nd Street**
**Virginia, MN 55792-2697**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Immaculate Conception Church**
**PO Box 378**
**Floodwood, MN 55736-0378**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Immaculate Conception Church**
**535 8th Street**
**Pine City, MN 55063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Immaculate Heart**
**PO Box 155**
**Crosslake, MN 56442-0155**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Diocese of Duluth**                                          Case number *(if known)*    **15-50792**
_____
Name

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mary Immaculate**
PO Box 290
Coleraine, MN 55722-0290

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mary Immaculate Church**
10 Corey Street
Coleraine, MN 55722

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Our Lady of Fatima**
299 Red Oak Drive
Aitkin, MN 56431

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Our Lady of Fatima**
PO Box 156
McGregor, MN 55760-0155

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Our Lady of Hope**
16 W 5th Avenue, North
Aurora, MN 55705

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Our Lady of Lourdes**
PO Box 759
Pequot Lakes, MN 56472-0759

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Our Lady of Mercy**
325 E 3rd Street
Duluth, MN 55805-1897

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Diocese of Duluth** | Case number (if known) | **15-50792** |
|---|---|---|---|
| | Name | | |

---

**3.42** | Nonpriority creditor's name and mailing address
**Our Lady of the Sacred Heart**
PO Box 27
Buhl, MN 55710-0027

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address
**Our Lady of the Snows**
PO Box 11
Bigfork, MN 56628-0011

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address
~~Peter's Pence Collection~~
~~The Apostolic Nunciature~~
~~3339 Massachusetts Avenue NW~~
~~Washington, DC 20008~~

Date(s) debt was incurred  ~~2014-2015~~
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    ~~$41,373.19~~
☐ Contingent
☐ Unliquidated          **REMOVED CREDITOR**
☐ Disputed

Basis for the claim: **National collection 2014-2015**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address
**Queen of Peace**
102 4th Street
Cloquet, MN 55720

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address
**Queen of Peace**
16 W 5th Avenue, N
Aurora, MN 55705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address
**Resurrection Church**
PO Box 586
Eveleth, MN 55734-0586

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address
**Sacred Heart**
PO Box 874
Walker, MN 56484-0874

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Diocese of Duluth**
_____
Name

Case number (if known)   **15-50792**

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Sacred Heart Church**
306 S 2nd Street
Virginia, MN 55792-2697

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Sacred Heart Church**
306 S 2nd Street
Virginia, MN 55792-2697

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**St, Luke Church**
PO Box 644
Sandstone, MN 55072-0644

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**St. Agnes Church**
PO Box 874
Walker, MN 56484-0874

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**St. Alice Church**
PO Box 759
Pequot Lakes, MN 56472-0759

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**St. Andrew Church**
1108 Willow Street, SE
Brainerd, MN 56401

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**St. Andrew's Catholic Church**
1108 Willow Street
Brainerd, MN 56401

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **Diocese of Duluth**
Name

Case number (if known)    **15-50792**

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Anne Church**
PO Box 98
Deer River, MN 56636-0098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Anthony Church**
231 E Camp
Ely, MN 55731-1495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Augustine Church**
601 2nd Avenue, NW
Grand Rapids, MN 55744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Benedict Church**
1419 St. Benedict Drive
Duluth, MN 55811-2299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Catherine Church**
PO Box 11
Bigfork, MN 56628-0011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Cecilia Church**
326 2nd Street
Nashwauk, MN 55769-1239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Charles Church**
308 Central Avenue
Cass Lake, MN 56633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **Diocese of Duluth**
Name
Case number (if known)   **15-50792**

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Charles Church**
PO Box 368
Cass Lake, MN 56633-0368

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | | Unknown |

**St. Christopher Church**
PO Box 759
Pequot Lakes, MN 56472-0759

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | | Unknown |

**St. Columban Church**
PO Box 294
Littlefork, MN 56653-0044

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | | Unknown |

**St. Edward Church**
PO Box 38
Longville, MN 56655-0038

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | | Unknown |

**St. Elizabeth Church**
721 N 57th Avenue, West
Duluth, MN 55807-1396

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | Unknown |

**St. Emily Church**
PO Box 25
Emily, MN 56447-0025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | | Unknown |

**St. Francis Church**
411 N. 10th Street
Brainerd, MN 56401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Diocese of Duluth**
_____
Name

Case number (if known) **15-50792**
_____

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**St. Francis Church**
**509 Sunrise Drive**
**Carlton, MN 55718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

**St. Isidore Church**
**8118 Lake Street**
**Willow River, MN 55795**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

**St. James Church**
**299 Red Oak Drive**
**Aitkin, MN 56431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**St. James Church**
**721 N 57th Avenue, West**
**Duluth, MN 55807-1396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**St. John Church**
**16 W. 5th Avenue, N**
**Aurora, MN 55705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**St. John Church**
**4230 St. John's Avenue**
**Duluth, MN 55803-1534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**St. John Church**
**PO Box 549**
**Grand Marais, MN 55604-0549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Diocese of Duluth Parish**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Diocese of Duluth** | | Case number (if known) | **15-50792** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Joseph Chapel**
PO Box 609
Cook, MN 55723-0609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**St. Joseph Church**
PO Box 98
Deer River, MN 56636-0098

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**St. Joseph Church**
411 N. 10th Street
Baxter, MN 56401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**St. Joseph Church**
535-8th Street
Pine City, MN 55063

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**St. Joseph Church**
617 Poplar Street
Crosby, MN 56441

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**St. Joseph Church**
2410 Morris Thomas Road
Duluth, MN 55810-3299

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**St. Joseph Church**
PO Box 586
Eveleth, MN 55734-0586

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Diocese of Duluth**
_____
Name

Case number (if known)    **15-50792**
_____

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Joseph Church**
315 SW 21st Street
Grand Rapids, MN 55744

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address |

**St. Joseph Church**
315 S W 21st Street
Grand Rapids, MN 55744

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address |

**St. Joseph's Church**
113 SW 4th Street, SW
Chisholm, MN 55719

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address |

**St. Lawrence Church**
2410 Morris Thomas Road
Duluth, MN 55810-3299

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address |

**St. Louis Church**
PO Box 378
Floodwood, MN 55736-0378

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address |

**St. Luke Church**
PO Box 644
Sandstone, MN 55072-0644

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address |

**St. Martin Church**
PO Box 757
Tower, MN 55790-0757

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Diocese of Duluth** | Case number (if known) | **15-50792** |
|---|---|---|---|
| | Name | | |

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**St. Mary and Joseph Church**
509 Sunrise Drive
Carlton, MN 55718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**St. Mary Church**
124 Fifth Street, SE
Cook, MN 55723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**St. Mary Church**
PO Box 609
Cook, MN 55723-0609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**St. Mary Church**
PO Box 98
Deer River, MN 56636-0098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**St. Mary Church**
PO Box 378
Floodwood, MN 55736-0378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**St. Mary Church**
57 Horn Blvd.
Silver Bay, MN 55614-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**St. Mary Church**
8118 Lake Street
Willow River, MN 55795

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Diocese of Duluth**
_____
Name

Case number (if known)  **15-50792**

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Mary Star of the Sea**
325 E 3rd Street
Duluth, MN 55805-1897

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Mathias**
1108 Willow Street
Brainerd, MN 56401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Mathias Church**
1108 Willow Street, SE
Brainerd, MN 56401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Michael Church**
4901 E Superior Street
Duluth, MN 55804-2495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Michael Church**
PO Box 52
Northome, MN 56661-0052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Patrick Church**
PO Box 490
Hinckley, MN 55037-0490

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**St. Paul Church**
PO Box 38
Longville, MN 56655-0038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Diocese of Duluth**
_____
Name

Case number (if known)   **15-50792**

---

**3.105** | Nonpriority creditor's name and mailing address
**St. Philip Church**
**3 Sixth Avenue**
**Proctor, MN 55810-1633**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.106** | Nonpriority creditor's name and mailing address
**St. Pius X Church**
**15 Ash Blvd**
**Babbitt, MN 55706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.107** | Nonpriority creditor's name and mailing address
**St. Raphael Church**
**5779 Seville Road**
**Duluth, MN 55811-9612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.108** | Nonpriority creditor's name and mailing address
**St. Rose Church**
**3 Sixth Avenue**
**Proctor, MN 55810-1633**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.109** | Nonpriority creditor's name and mailing address
**St. Thomas Chapel**
**411 N 10th Street**
**Brainerd, MN 56401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.110** | Nonpriority creditor's name and mailing address
**St. Thomas Church**
**810 5th Street**
**International Falls, MN 56649-2413**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diocese of Duluth Parish**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.111** | Nonpriority creditor's name and mailing address
**Wells Fargo Bank**
**PO Box 64**
**Carol Stream, IL 60197-6415**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **4226**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bishop and Pastoral center credit card expenses**

Is the claim subject to offset? ☐ No  ☐ Yes

**$4,259.00**

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

| Debtor | **Diocese of Duluth** | Case number (if known) | **15-50792** |
| | Name | | |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 35,977.67 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,903,859.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,939,836.67 |

**Fill in this information to identify the case:**

Debtor name      **Diocese of Duluth**

United States Bankruptcy Court for the:   **DISTRICT OF MINNESOTA**

Case number (if known)   **15-50792**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **7/01/2015** to **Filing Date** | ☐ Operating a business<br>■ Other   **Donations** | **$2,381,259.00** |
| **For prior year:**<br>From **7/01/2014** to **6/30/2015** | ☐ Operating a business<br>■ Other   **Donations, gain on investments, etc.** | **$3,643,231.00** |
| **For year before that:**<br>From **7/01/2013** to **6/30/2014** | ☐ Operating a business<br>■ Other   **Donations, gain on investments, etc.** | **$3,514,052.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| **Revenue number has been corrected a negative number** | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **7/01/2015** to **Filing Date** | **Gain/loss on investments** | **$-144,090.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Diocese of Duluth** | | Case number *(if known)* | **15-50792** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Big Sandy Camp and Retreat Center** 52511 185th Place McGregor, MN 55760 | 9/14/15 | $60,039.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.2. **Blue Cross and Blue Shield of MN** PO Box 64676 Saint Paul, MN 55164-0676 | 9/14/15 - $47,463.50 & $74,118.00 9/25/15 - $3,990.00 10/14/15 - $47,463.50 & $78,366.50 10/30/15 - $3,990.00 & $87,171.00 11/12/15 - $47,463.50 11/24/15 - $3,990.00 & $73,809.00 10/14/15 - $78,366.50 10/30/15 - $87,171.00 11/12/15 - $47,463.50 11/24/15 - $73,809.00 | $467,825.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ■ Other  **Benefits provider** |
| 3.3. **Cathedral of Our Lady** 2801 East 4th Street Duluth, MN 55812 | 9/14/15 - $500.00 9/25/15 - $5,411.85 10/14/15 - $500.00 10/30/15 - $2,447.60 11/12/15 - $500.00 | $9,359.45 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Facility maintenance and service for IT coordinator** |
| 3.4. **The Catholic Spirit** 328 Kellog Bvld., West Saint Paul, MN 55102-1900 | 9/14/15 - $314.00 & $14,995.08 10/14/15 - $15,376.19 11/12/15 - $15,369.60 11/24/15 - $13,269.00 | $59,323.87 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ■ Other  **Printing and publication of the diocesan newspaper** |

☐ None.

Debtor    **Diocese of Duluth**                                                      Case number *(if known)* **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **Citon Corporation** 209 W 1st Street Duluth, MN 55802 | 9/14/15 - $11,889.50 9/25/15 - $3,633.50 10/14/15 - $3,720.50 11/12/15 - $3,720.50 12/4/15 - $3,750.50 | $26,714.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **DECC** 350 Harbor Drive Duluth, MN 55802 | 10/14/15 | $18,578.26 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ■ Other **Facility rental and catering** |
| 3.7. **Principal** PO Box 10333 Des Moines, IA 50306-0333 | 9/25/15 - $2,560.60 10/30/15 - $2,560.60 11/24/15 - $2,560.60 | $7,681.80 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ■ Other **Dental insurance** |
| 3.8. **Benefits Agency Account** 2830 East 4th Street Duluth, MN 55812 | 12/4/15 | $29,493.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ■ Other **Benefits** |
| 3.9. **Elsaesser Jarzabek Anderson** 320 East Neider Avenue, Suite 102 Coeur D Alene, ID 83815 | 11/25/15 Retainer | $20,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal representation on bankruptcy** |
| 3.10. **Wells Fargo Bank** PO Box 6415 Carol Stream, IL 60197-6415 | 9/14/15 - $2,455.97 10/14/15 - $7,122.72 11/12/15 - $7,293.30 | $16,871.99 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ■ Other **credit card purchases** |
| 3.11. **Followship of the Catholic** PO Box 18710 Golden, CO 80402 | 9/14/15 - $5,000.00 10/14/15 - $5,000.00 11/12/15 - $5,000.00 12/4/15 - $5,000.00 | $20,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Campus missionaries** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Diocese of Duluth**                                          Case number *(if known)*    **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.12 **Gray, Plant, Mooty**<br>**80 South 8th Street**<br>**Minneapolis, MN 55402** | 10/14/15 -<br>$705.50<br>10/30/15 -<br>$1,278.75<br>11/25/15 -<br>$15,000.00<br>12/4/15 -<br>$7,529.50 | $24,513.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal representation** |
| 3.13 **Jim N Jo's Katering**<br>**1363 Carlton Road**<br>**Cloquet, MN 55720** | 9/14/15 -<br>$1,984.90<br>10/14/15 -<br>$4,491.38<br>11/12/15 -<br>$893.21 | $7,369.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Food services** |
| 3.14 **Johnson Killen & Seiler**<br>**230 W Superior Street**<br>**Suite 800**<br>**Duluth, MN 55802** | 9/14/15 -<br>$7,566.25<br>10/14/15 -<br>$11,996.60<br>10/30/15 -<br>$6,589.00<br>11/24/15 -<br>$6,649.87<br>12/4/15 -<br>$22,552.11 | $55,353.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal representation** |
| 3.15 **Minnesota Catholic Conference**<br>**475 University Avenue W**<br>**Saint Paul, MN 55103-1959** | 9/30/15 -<br>$2,935.85<br>10/16/15 -<br>$2,935.85<br>11/16/15 -<br>$2,935.85 | $8,807.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 **McCabe Renewal Center**<br>**2125 Abbotsford Avenue**<br>**Duluth, MN 55803-2219** | 9/14/15 -<br>$536.00<br>9/25/15 -<br>$2,383.50<br>10/30/15 -<br>$2,617.00<br>11/24/15 -<br>$2,841.000 | $8,377.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Facility fees for deacon formation** |
| 3.17 **McGladrey and Pullen, LLP**<br>**331 W 3rd Street, Suite 200**<br>**Davenport, IA 52801** | 9/14/15 -<br>$12,500.00<br>10/14/15 -<br>$3,900.00 | $16,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Accountants** |
| 3.18 **Medicare**<br>**PO Box 64002**<br>**Saint Paul, MN 55164** | 10/14/15 -<br>$3,116.50<br>11/12/15 -<br>$2,574.50<br>12/4/15 -<br>$2,439.00 | $8,130.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Health Benefits** |

Debtor   **Diocese of Duluth**                                    Case number *(if known)*   **15-50792**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19. **Met Life SBC**<br>**PO Box 804466**<br>**Kansas City, MO 64180** | 9/25/15 - $4,532.04<br>10/30/15 - $4,498.36<br>11/24/15 - $4,201.71 | $13,232.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Health Benefits** |
| 3.20. **Mutual of America**<br>**8000 Norman Center Drive**<br>**Suite 1110**<br>**Minneapolis, MN 55437** | 9/23/15 - 25,842.33<br>10/22/15 - $27,077.96<br>10/28/15 - $21,324.34<br>11/18/15 - $29,915.24 | $104,159.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Retirement Benefits** |
| 3.21. **Points North**<br>**371 Canal Park Drive**<br>**Suite 210**<br>**Duluth, MN 55802** | 9/2/15 -$1,640.70<br>9/14/15 - $1,575.00<br>10/1/15 - $1,640.70<br>11/1/15 - $1,640.70<br>12/1/15 - $1,640.70 | $8,137.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Principal Financial Group**<br>**PO Box 9394**<br>**Des Moines, IA 50306** | 11/24/15 | $80,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retirement Benefits** |
| 3.23. **Sacred Heart School of Theology**<br>**PO Box 429**<br>**Hales Corners, WI 53130** | 10/14/15 | $15,475.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Seminarian tuition** |
| 3.24. **Sister of the Divine Providence**<br>**5300 St. Anne Drive**<br>**Melbourne, KY 41059** | 9/30/15 - $4,754.11<br>10/30/15 - $4,754.11<br>11/30/15 - $4,754.11 | $14,262.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Sound Central, LLC**<br>**1230 Poplar Avenue**<br>**Superior, WI 54880** | 10/14/15 | $9,418.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Diocese of Duluth** | | Case number *(if known)* **15-50792** |
| --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- | --- |
| 3.26. | **University of St. Thomas<br>Business Office Mail 5002<br>2115 Summit Avneue<br>Saint Paul, MN 55105** | **10/14/15** | **$96,895.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Seminarian tuition** |
| 3.27. | **Ruttger's Sugar Lake Lodge<br>PO Box 847<br>Grand Rapids, MN 55744** | **10/30/15 -<br>$8,000.00<br>11/12/15 -<br>$13,522.54** | **$21,522.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. | **Superior Shores Resort<br>1521 Superior Shores Drive<br>Two Harbors, MN 55616** | **10/14/15 -<br>$842.00<br>10/30/15 -<br>$38,696.49** | **$39,538.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. | **Trak 1 Technology<br>PO Box 720972<br>Norman, OK 73070** | **9/14/15 -<br>$587.86<br>10/14/15 -<br>$2,420.60<br>11/12/15 -<br>$4,460.82** | **$7,469.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. | **Turnkey Direct Marketing, Inc.<br>PO Box 261<br>Excelsior, MN 55331** | **9/14/15 -<br>$9,098.02<br>11/12/15 -<br>$1,644.91** | **$10,742.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Diocese of Duluth**                                                    Case number (if known)  **15-50792**

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:     Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Doe 30 v. Diocese of Duluth**<br>**62-CV-14-871** | **Personal Injury** | **State of Minnesota District Court**<br>**15 W Kellogg Blvd., Room 1700**<br>**Saint Paul, MN 55102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Doe 5 v. Diocese of Duluth**<br>**69-DU-CV-13-1654** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Doe 28 v. Diocese of Duluth**<br>**69DU-CV-13-2995** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Doe 1 v. Diocese of Duluth**<br>**69DU-CV-15-1264** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Doe 68 v. Diocese of Duluth**<br>**69DU-CV-15-2435** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Doe 70 v. Diocese of Duluth**<br>**69DU-CV-15-2436** | **Personal Injury** | **State of Minnesota District Court**<br>**Hibbing Courthouse**<br>**1810 E. 12th Ave.**<br>**Hibbing, MN 55746-1680** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Diocese of Duluth**                                                           Case number *(if known)*  **15-50792**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Catholic University of America**<br>**620 Michigan Avenue NE**<br>**Washington, DC 20064** | **Donations** | **12/26/2014** | **$10,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **USCCB Communications Campaign**<br>**3211 Fourth Street, NE**<br>**Washington, DC 20017-1194** | **Donations** | **12/26/2014** | **$4,000.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Catholic Foundation of S MN**<br>**PO Box 6075**<br>**Albert Lea, MN 56007** | **Donations** | **8/27/15 - $10,000, 2/12/2015 - $10,000** | **$20,000.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **USCCB - Gift to the Holy Father**<br>**PO Box 96989**<br>**Washington, DC 20090-6989** | **Donations** | **7/13/2015** | **$2,215.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **Crow Wing Restoration Committee**<br>**34 1st Avenue NE**<br>**Saint Joseph, MN 56374** | **Donations** | **6/26/2015** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.6. | **Mother's of Priests**<br>**9326 Agate Lake Road**<br>**Lake Shore, MN 56468** | **Donations** | **12/4/2015** | **$4,653.30** |
| | Recipients relationship to debtor | | | |
| 9.7. | **Guiding Star Duluth**<br>**11 East Superior Street**<br>**Suite 273**<br>**Duluth, MN 55802** | **Donations** | **12/4/2015** | **$2,150.00** |
| | Recipients relationship to debtor | | | |

Debtor    **Diocese of Duluth**                                                Case number *(if known)*  **15-50792**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.8. | **Various Recipients** | **Debtor is unable to give names of the recipients as these gifts were made to the needy for urgent needs, and records were not kept.** | **2015** | **$3,180.83** |
| | Recipients relationship to debtor | | | |
| 9.9. | **St. Luke's Church** **122 Commercial Avenue N** **Sandstone, MN 55072** | **Land located in Pine County, MN, gifted to St. Joseph Church, now closed and merged with St. Luke's Church, Sandstone** | | **Unknown** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Elsaesser Jarzabek Anderson** **320 East Neider Avenue, Suite 102** **Coeur D Alene, ID 83815** | | **November 30, 2015** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor     **Diocese of Duluth**                                                        Case number *(if known)*   **15-50792**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | 8/31/15 - $222.75 9/30/15 - $1,386.00 10/28/15 - $1,311.75 12/3/15 - $15,642.80 | |
| | **Johnson Killen & Seiler 230 W Superior Street, Suite 800 Duluth, MN 55802** | | | **$18,563.30** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Gray, Plant, Mooty 80 South 8th Street Minneapolis, MN 55402** | | 11/25/15 - $15,000.00 12/3/15 - $7,007.00 | **$22,007.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or

| Debtor | **Diocese of Duluth** | Case number *(if known)* **15-50792** |
|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:     Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Diocese of Duluth**                                                                Case number *(if known)*    **15-50792**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Missionary Cooperative** | **Diocese of Duluth**<br>**2830 East 4th Street**<br>**Duluth, MN 55812** | **Missionary Cooperative are missionaries invited to visit parishes in the diocese to fundraise for their ministry. Parishes remit funds they collect to the Diocese, who forwards the funds to the appropriate religious order or ministry. The Diocese acts as an agent and coordinator for this program.** | $30,189.85 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Kingstown Appeal** | **Diocese of Duluth**<br>**2830 East 4th Street**<br>**Duluth, MN 55812** | **Kingstown Appeal - An annual appeal on behalf of the sister diocese in Kingstown, Grenadines. It's a direct mail appeal to donors and some parishes take up collections for it. Money is accumulated and forwarded to Kingstown after the appeal is over in March.** | $16,681.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Parishes and Peter's Pence** | **Wells Fargo**<br>**3831 West Superior Street**<br>**Duluth, MN 55807** | **National Collections account, monies held for parishes. Acct. #4495** | $87,157.27 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Parishes** | **Wells Fargo**<br>**3831 West Superior Street**<br>**Duluth, MN 55807** | **Benefits Agency, account to hold benefits payments from the parishes. Acct #7604** | $176,082.58 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Restricted Donations Short Term Investments** | **Wells Fargo**<br>**3831 West Superior Street**<br>**Duluth, MN 55807** | **Donor restricted short term money account. Acct #6319** | $128,938.68 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Catholic Religious Education Endowment**<br>**2830 East 4th Street**<br>**Duluth, MN 55812** | **Catholic Order of Foresters**<br>**PO Box 3012**<br>**Naperville, IL 60566-7012** | **Insurance policy owned by Catholic Religious Education Endowment Fund (CREED).** | $65,718.95 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Catholic Religious Education Endowment**<br>**2830 East 4th Street**<br>**Duluth, MN 55812** | **Jackson National Life Insurance Company**<br>**P.O. Box 24068**<br>**Lansing, MI 48909-4068** | **Insurance policy with Jackson National Life Insurance Company owned by Catholic Religious Education Endowment (CREED).** | $11,597.56 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

| Debtor | **Diocese of Duluth** | Case number *(if known)* **15-50792** |
|---|---|---|

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Rachel Vanhornweder**<br>**5714 East Clara Barton Road**<br>**South Range, WI 54874** | **1/2011 - 8/2015** |
| 26a.2. | **Michael Beery**<br>**1414 Vermillion Road**<br>**Duluth, MN 55812** | **9/2015 - Present** |
| 26a.3. | **Franz Hoefferle**<br>**2830 East 4th Street**<br>**Duluth, MN 55812** | **7/2010 - Present** |

Debtor   **Diocese of Duluth**                                    Case number *(if known)*  **15-50792**

| Name and address | Date of service From-To |
|---|---|
| 26a.4.   **Kelly Mackey**<br>**820 8th Avenue East**<br>**Duluth, MN 55804** | **8/2006 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **RSM McGladrey, Inc.**<br>**227 West First Street**<br>**Suite 700**<br>**Duluth, MN 55802-1919** | **1995 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bishop Paul D. Sirba | 2830 East 4th Street<br>Duluth, MN 55812 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rev. James B. Bissonette | 2830 East 4th Street<br>Duluth, MN 55812 | Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rev. Steven Laflamme | 2830 East 4th Street<br>Duluth, MN 55812 | Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marilyn Gratto | 2830 East 4th Street<br>Duluth, MN 55812 | Secretary | |

Debtor   **Diocese of Duluth**    Case number *(if known)*   **15-50792**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Doug Hildenbrand | 2830 East 4th Street Duluth, MN 55812 | Treasurer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rev. Eric Hastings | 2830 East 4th Street Duluth, MN 55812 | Chancellor | Termination date 5/31/2015 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Bishop Paul Sirba 2830 East 4th Street Duluth, MN 55812 | $29,270 | 12/2014-12/2015 | Salary |
| | **Relationship to debtor** President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Diocese of Duluth Lay Employees Pension Plan, Non-ERISA church plan | EIN:   N/A |
| Pension Plan for the Priests at the Diocese of Duluth, Non-ERISA church plan | EIN:   N/A |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor  **Diocese of Duluth**                                             Case number *(if known)*  **15-50792**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____

**/s/ Franz Hoefferle**                                      **Franz Hoefferle**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Diocese of Duluth**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **15-50792**

☑ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **A/B, E/F, Statement of Finaical Affairs**
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/23/2016       X /s/ Franz Hoefferle   *Franz Hoefferle*
                              Signature of individual signing on behalf of debtor

                              **Franz Hoefferle**
                              Printed name

                              **Chief Financial Officer**
                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

                                         Case No.: 15-50792

Diocese of Duluth,

                                         Chapter 11

          Debtor-in-Possession.

### CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on March 23, 2016, I electronically filed the Amended Official Form 204 20 Largest Unsecured Claims, Amended Official Form 206 Summary, Amended Schedule A/B, Amended Schedule E/F, and Amended Statement of Financial Affairs with the Clerk of the Court in the above-captioned matter using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

Jeffrey R Anderson on behalf of Interested Party Certain Personal Injury Creditors
jeff@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com

Phillip J Ashfield on behalf of Creditor Committee Official Committee of Unsecured Creditors
phillip.ashfield@stinsonleonard.com, laura.schumm@stinsonleonard.com

Edwin H. Caldie on behalf of Creditor Committee Official Committee of Unsecured Creditors
Edwin.Caldie@stinsonleonard.com, laura.schumm@stinsonleonard.com

David C. Christian, II on behalf of Interested Party Continental Insurance Company
dchristian@davidchristianattorneys.com

J. Ford Elsaesser on behalf of Debtor 1 Diocese of Duluth
ford@ejame.com, katie@ejame.com

Michael G Finnegan on behalf of Interested Party Certain Personal Injury Creditors
mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com

Jeffrey D Klobucar on behalf of Interested Party Continental Insurance Company
jklobucar@bassford.com, mrausch@bassford.com

Robert T. Kugler on behalf of Creditor Committee Official Committee of Unsecured Creditors
robert.kugler@stinson.com, laura.schumm@stinson.com
Phillip Kunkel on behalf of Debtor 1 Diocese of Duluth
phillip.kunkel@gpmlaw.com

Connie A. Lahn on behalf of Interested Party CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
clahn@btlaw.com, tpaulson@btlaw.com;marobinson@btlaw.com;pgroff@btlaw.com

Laura K. McNally on behalf of Interested Party Continental Insurance Company
lmcnally@loeb.com, chdocket@loeb.com;tmcintyre@loeb.com

Robert Raschke on behalf of U.S. Trustee US Trustee
robert.raschke@usdoj.gov

US Trustee
ustpregion12.mn.ecf@usdoj.gov

Sarah J Wencil on behalf of U.S. Trustee US Trustee
Sarah.J.Wencil@usdoj.gov

     AND I FURTHER CERTIFY that on March 23, 2016, I served the same on the following Non-ECF parties, by U.S. First Class Mail, postage prepaid.

PETER'S PENCE COLLECTION
3339 MASSACHUSETTS AVENUE NW
WASHINGTON, DC  20008

IRS DISTRICT COUNSEL
380 JACKSON STREET, SUITE 650
SAINT PAUL, MN 55101

INTERNAL REVENUE SERVICE
WELLS FARGO PLACE
30 7TH STREET
MAIL STOP 5700
ST PAUL MN 55101

MN DEPARTMENT OF REVENUE
COLLECTION ENFORCEMENT
551 BANKRUPTCY SECTION
600 NORTH ROBERT STREET
SAINT PAUL 55101

OFFICE OF THE U.S. ATTORNEY
600 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

     DATED this 23rd day of March, 2016.

*/s/ Bruce A. Anderson*
Bruce A. Anderson