**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Case No.: 15-50792 |
| Diocese of Duluth, | Chapter 11 |
| Debtor. | |

---

**SUBMISSION OF AFFIDAVITS OF PUBLICATION CONCERNING DEBTOR'S MOTION OF ENTRY OF AN ORDER (1) APPROVING SETTLEMENT AGREEMENT AMONG THE DIOCESE, THE PARISHES, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND FIREMAN'S FUND, (2) APPROVING THE DIOCESE'S SALE OF THE POLICIES BACK TO FIREMAN'S FUND FREE AND CLEAR OF CLAIMS AND INTERESTS, AND (3) ENJOINING ASSERTION OF CLAIMS AGAINST FIREMAN'S FUND**

Attached as Exhibits A, B, and C hereto are affidavits of publication attesting that the notices attached to each affidavit were published on December 14, 2017 in the Duluth News-Tribune and the Minneapolis Star-Tribune and on December 15, 2017 in the St. Paul Pioneer Press, in order to provide the broadest notice possible, including notice by publication to unknown creditors of the estate, of Debtor's motion for entry of an order (1) approving a settlement set forth in that certain Settlement Agreement, Release, and Policy Buyback among the Debtor, the Parishes (as defined below), the Official Committee of Unsecured Creditors, and Fireman's Fund Insurance Company ("Fireman's Fund") (such agreement, including the attachments thereto, the "Settlement Agreement"), (2) authorizing the Debtor to sell the Fireman's Fund Policies (as defined in the Settlement Agreement) back to Fireman's Fund, free and clear of claims and interests of any other person or entity, (3) enjoining all claims against Fireman's Fund under the Fireman's Fund Policies, (4) approving the manner and form of notice of this Motion and the proposed injunction, and (5) granting such other relief as is just and proper. The Motion was filed by the Debtor at ECF No. 320.

/ / /

/ / /

DATED:  January 2, 2018                              Respectfully submitted,


                                                                                         By:  */s/ Charles E. Jones*
                                                                                             Charles E. Jones

                                                                       Charles E. Jones
                                                                       Moss & Barnett
                                                                       150 South Fifth Street, Suite 1200
                                                                       Minneapolis, MN 55402
                                                                       Telephone:  612.877.5000
                                                                       Facsimile:  612.877-5999
                                                                       Email: charles.jones@lawmoss.com

                                                                       Mark D. Plevin
                                                                       Crowell & Moring LLP
                                                                       Three Embarcadero Center, 26th Floor
                                                                       San Francisco, CA 94111
                                                                       Telephone:  415.986.2800
                                                                       Facsimile:  415.986.2827
                                                                       Email: mplevin@crowell.com

                                                                       Attorneys for Fireman's Fund Insurance Company

# EXHIBIT A

**STATE OF MINNESOTA )**      **AFFIDAVIT OF PUBLICATION**

**COUNTY OF ST. LOUIS )**

___ Deb Williams _____, being first duly sworn on oath states, or affirms that s/he is the publisher of the newspaper known as the Duluth News Tribune, or the publisher's designated agent, and has full knowledge of the facts stated below:

A. The newspaper has complied with all of the requirements constituting qualification as a qualified newspaper, as provided by Minn. Stat. 331A.02, and other applicable laws, as amended.

B. The printed public notice that is attached was published on the following dates:

December 14, 2017

By _Deb Williams_ (signature)

Subscribed and sworn to or affirmed before me
on this 15th day of __ December, 2017.
Notary Public _Jacqueline M. Somers_ (signature)

JACQUELINE M SOMERS
NOTARY PUBLIC - MINNESOTA
MY COMM. EXPIRES JANUARY 31, 2020

**RATE INFORMATION**

| | | |
|---|---|---|
| Lowest classified rate paid by commercial users for comparable space: | $ 0.00 | per line |
| Maximum Rate allowed by law: | $ 0.00 | per line |
| Rate actually charged: | $ 0.00 | per line |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA

In re Diocese of Duluth, Debtor.    Case No. 15-50792

**NOTICE OF MOTION AND HEARING ON DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT AND POLICY BUY-BACK WITH FIREMAN'S FUND AND TO ENTER AN INJUNCTION**

PLEASE TAKE NOTICE THAT at 10:00 a.m. Central Standard Time on January 4, 2018, in Courtroom 8 West at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, the United States Bankruptcy Court for the District of Minnesota will conduct a hearing in the above-captioned case on a motion by the debtor Diocese of Duluth (the "Motion," Dkt. No. 320) for an order approving a Settlement Agreement [1] among (i) Debtor and the "Diocese Parties" (as defined in the Settlement Agreement), (ii) Fireman's Fund Insurance Company, (iii) the "Parish Parties" (as defined in the Settlement Agreement), and (iv) the Official Committee of Unsecured Creditors regarding certain alleged liability insurance policies allegedly issued by Fireman's Fund to the Debtor (as more particularly defined in the Settlement Agreement, the "Fireman's Fund Policies"). In addition to approving the Settlement Agreement, under which (i) Fireman's Fund agrees to pay a total of $975,000 to the Debtor, (ii) the "Fireman's Fund Parties" (as defined in the Settlement Agreement) will receive a release of all past, present, and future claims, known and unknown, with respect to, relating to, or in any way arising out of the Fireman's Fund Policies, and (iii) any and all rights and Interests in the Fireman's Fund Policies will be deemed to have been sold back to Fireman's Fund free and clear of any Interests, thus permanently and irrevocably extinguishing all rights, duties, and coverage under the Fireman's Fund Policies, the Motion also requests that the Bankruptcy Court enter an order permanently enjoining the prosecution, continuation, or commencement of any claim or interest that any person or entity held or asserted, presently holds or asserts, or may in the future hold or assert against the Fireman's Fund Parties or the property of the Fireman's Fund Parties arising out of, in connection with, and/or in any way related to any of the Fireman's Fund Policies.

Copies of the Motion and the Settlement Agreement can be obtained on the Bankruptcy Court's website at www.mnb.uscourts.gov or by contacting counsel for Debtors at the addresses set forth below.

YOUR RIGHTS MAY BE AFFECTED BY THE MOTION, THE SETTLEMENT AGREEMENT, AND ANY ORDER ENTERED BY THE COURT APPROVING THE SETTLEMENT AGREEMENT AND ENTERING THE INJUNCTION. Objections to the Motion must be filed and served no later than Friday, December 29, 2017. If you wish to file an objection to the Motion, you must file your objection with the Bankruptcy Court at the United States Bankruptcy Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415, www.mnb.uscourts.gov, and serve your objection on the following: (i) counsel for Debtors, Gray Plant Mooty, 500 IDS Center, 80 South Eighth Street, Minneapolis, MN USA (Attn: Phillip Kunkel, phillip.kunkel@gpmlaw.com) and Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815 (Attn: Ford Elsaesser, ford@eaidaho.com), (ii) the Office of the United States Trustee, 300 South Fourth Street, Suite 1015, Minneapolis, MN 55415 (Attn: Robert B. Raschke), (iii) counsel for the Committee, Stinson Leonard Street, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402 (Attn: Robert T. Kugler, robert.kugler@stinson.com), (iv) counsel for Fireman's Fund, Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402 (Attn: Charles E. Jones, charles.jones@lawmoss.com) and Crowell & Moring LLP, Three Embarcadero Center, Suite 2600, San Francisco, CA 94111 (Attn: Mark D. Plevin, mplevin@crowell.com), (v) counsel for the Parish Parties, Hanft Fride, 1000 U.S. Bank Place, 130 W Superior Street, Duluth, MN 55802-2094 (Attn: John D. Kelly, jdk@hanftlaw.com), and (vi) all other parties entitled to notice pursuant to the Fed.R.Bankr. P.2002 service list in Debtors' bankruptcy case. The description of the terms of the settlement contained herein is subject to the provisions of the Settlement Agreement.

[1] To the extent there is any inconsistency between the description of the terms of the settlement contained herein and the provisions of the Settlement Agreement, the provisions of the Settlement Agreement shall control.

D.N.T. Dec. 14, 2017

2576647

# EXHIBIT B

AFFIDAVIT OF PUBLICATION

STATE OF MINNESOTA )
COUNTY OF HENNEPIN )

**StarTribune**

650 3rd Ave. S., Suite 1300 | Minneapolis, MN | 55488

Linda McClellan, being first duly sworn, on oath states as follows:

1. (S)He is and during all times herein stated has been an employee of the Star Tribune Media Company LLC, a Delaware limited liability company with offices at 650 Third Ave. S., Suite 1300, Minneapolis, Minnesota 55488, or the publisher's designated agent. I have personal knowledge of the facts stated in this Affidavit, which is made pursuant to Minnesota Statutes §331A.07.

2. The newspaper has complied with all of the requirements to constitute a qualified newspaper under Minnesota law, including those requirements found in Minnesota Statutes §331A.02.

3. The dates of the month and the year and day of the week upon which the public notice attached/copied below was published in the newspaper are as follows:

**Date of Publication**
Star Tribune            12/14/2017

4. <u>Mortgage Foreclosure Notices</u>. Pursuant to Minnesota Statutes §580.033 relating to the publication of mortgage foreclosure notices: The newspaper's known office of issue is located in Hennepin County. The newspaper complies with the conditions described in §580.033, subd. 1, clause (1) or (2). If the newspaper's known office of issue is located in a county adjoining the county where the mortgaged premises or some part of the mortgaged premises described in the notice are located, a substantial portion of the newspaper's circulation is in the latter county.

FURTHER YOUR AFFIANT SAITH NOT.

*(signature: Linda McClellan)*

Subscribed and sworn to before me on December 14, 2017

*(signature: Jalene K. Howard)*

Notary Public

JALENE K. HOWARD
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

2/2016

MORTGAGEE: Wells Fargo Bank, N.A.
LENDER OR BROKER AND MORTGAGE ORIGINATOR STATED ON THE MORTGAGE: Wells Fargo Bank, N.A.
SERVICER: Wells Fargo Bank, N.A.
DATE AND PLACE OF FILING: Filed September 15, 2008, Ramsey County Recorder, as Document Number 4116568
LEGAL DESCRIPTION OF PROPERTY: Unit 116, Condominium No. 167, Parkview Estates Condominium
PROPERTY ADDRESS: 2680 Oxford St Apt 116, Roseville, MN 55113
PROPERTY IDENTIFICATION NUMBER: 02.29.23.33.0178
COUNTY IN WHICH PROPERTY IS LOCATED: Ramsey
THE AMOUNT CLAIMED TO BE DUE ON THE MORTGAGE ON THE DATE OF THE NOTICE: $99,210.14
THAT all pre-foreclosure requirements have been complied with; that no action or proceeding has been instituted at law or otherwise to recover the debt secured by said mortgage, or any part thereof;
PURSUANT, to the power of sale contained in said mortgage, the above described property will be sold by the Sheriff of said county as follows:
DATE AND TIME OF SALE: January 9, 2018, 10:00am
PLACE OF SALE: Sheriff's Main Office, The Lowry Building/City Hall Annex, 25 West 4th St., Suite 150, St. Paul, MN 55102 to pay the debt secured by said mortgage and taxes, if any, on said premises and the costs and disbursements, including attorneys fees allowed by law, subject to redemption within 6 months from the date of said sale by the mortgagor(s) the personal representatives or assigns.
TIME AND DATE TO VACATE PROPERTY: If the real estate is an owner-occupied, single-family dwelling, unless otherwise provided by law, the date on or before which the mortgagor(s) must vacate the property, if the mortgage is not reinstated under section 580.30 or the

Francis; 4224 Mcdonald, Nicole; ... Brooke; 5537 Coles, Latina; 5608 ... Ackerman ... Ross, Khalil; 6117 Wells, Michael; 6119 Anderson, Josh; 6126 Staples, Mary; 6214 Tobias, Roger; 6349 Johnson, Tanya; 7125 Barnes, Shareka; 7143 Tobias, Roger

337 Firewood
2.5 Year Dry Oak & Mixed Hardwood 4x6x16 $140. 4x8x16 $185. Free del & straight stacked. Serving metro since '85. Guar to burn! 952.412.9052

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA

In re Diocese of Duluth, Debtor.   Case No. 15-50792

**NOTICE OF MOTION AND HEARING ON DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT AND POLICY BUY-BACK WITH FIREMAN'S FUND AND TO ENTER AN INJUNCTION**

PLEASE TAKE NOTICE THAT at 10:00 a.m. Central Standard Time on January 4, 2018, in Courtroom 8 West at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, the United States Bankruptcy Court for the District of Minnesota will conduct a hearing in the above-captioned case on a motion by the debtor Diocese of Duluth (the "Motion", Dkt. No. 320) for an order approving a Settlement Agreement[1] among (i) Debtor and the "Diocese Parties" (as defined in the Settlement Agreement), (ii) Fireman's Fund Insurance Company, (iii) the "Parish Parties" (as defined in the Settlement Agreement), and (iv) the Official Committee of Unsecured Creditors regarding certain alleged liability insurance policies allegedly issued by Fireman's Fund to the Debtor (as more particularly defined in the Settlement Agreement, the "Fireman's Fund Policies"). In addition to approving the Settlement Agreement, under which (i) Fireman's Fund agrees to pay a total of $975,000 to the Debtor, (ii) the "Fireman's Fund Parties" (as defined in the Settlement Agreement) will receive a release of all past, present, and future claims, known and unknown, with respect to, relating to, or in any way arising out of the Fireman's Fund Policies, and (iii) any and all rights and interests in the Fireman's Fund Policies will be deemed to have been sold back to Fireman's Fund free and clear of any Interests, thus permanently and irrevocably extinguishing all rights, duties, and coverage under the Fireman's Fund Policies, the Motion also requests that the Bankruptcy Court enter an order permanently enjoining the prosecution, continuation, or commencement of any claim or interest that any person or entity held or asserted, presently holds or asserts, or may in the future hold or assert against the Fireman's Fund Parties or the property of the Fireman's Fund Parties arising out of, in connection with, and/or in any way related to any of the Fireman's Fund Policies.

Copies of the Motion and the Settlement Agreement can be obtained on the Bankruptcy Court's website at www.mnb.uscourts.gov or by contacting counsel for Debtors at the addresses set forth below.

YOUR RIGHTS MAY BE AFFECTED BY THE MOTION, THE SETTLEMENT AGREEMENT, AND ANY ORDER ENTERED BY THE COURT APPROVING THE SETTLEMENT AGREEMENT AND ENTERING THE INJUNCTION. Objections to the Motion must be filed and served no later than Friday, December 29, 2017. If you wish to file an objection to the Motion, you must file your objection with the Bankruptcy Court at the United States Bankruptcy Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415, www.mnb.uscourts.gov, and serve your objection on the following: (i) counsel for Debtors, Gray Plant Mooty, 500 IDS Center, 80 South Eighth Street, Minneapolis, MN USA (Attn: Phillip Kunkel, phillip.kunkel@gpmlaw.com) and Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815 (Attn: Ford Elsaesser, ford@eaidaho.com), (ii) the Office of the United States Trustee, 300 South Fourth Street, Suite 1015, Minneapolis, MN 55415 (Attn: Robert B. Raschke), (iii) counsel for the Committee, Stinson Leonard Street, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402 (Attn: Robert T. Kugler, robert.kugler@stinson.com), (iv) counsel for Fireman's Fund, Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402 (Attn: Charles E. Jones, charles.jones@lawmoss.com) and Crowell & Moring LLP, Three Embarcadero Center, Suite 2600, San Francisco, CA 94111 (Attn: Mark D. Plevin, mplevin@crowell.com), (v) counsel for the Parish Parties, Hanft Fride, 1000 U.S. Bank Place, 130 W Superior Street, Duluth, MN 55802-2094 (Attn: John D. Kelly, jdk@hanftlaw.com), and (vi) all other parties entitled to notice pursuant to the Fed. R. Bankr. P. 2002 service list in Debtors' bankruptcy case.

[1] The description of the terms of the settlement contained herein is subject to the provisions of the Settlement Agreement. To the extent there is any inconsistency between the description of the terms of the settlement contained herein and the provisions of the Settlement Agreement, the provisions of the Settlement Agreement shall control.

TVs; #1 Appraiser/Gemologist, Hse ... Jewelry Gold, Dental Gold, Diamonds, Silver Coins, Sterling, Baseball Crds Comics, Costume/Estate Jewelry, Militaria. Free advice, 39 yrs in biz.

Island, $1500 per wk complete Must ... 260-639-3144

630 APTS & CONDOS UNFURN. MPLS
Victorian Brownstone, FP, HW, 10' ceil. 1 BR $735, sleeping rooms $295-$395. 612-987-5234

643 DBL BUNGALOW/DUPLEX/TOWNHOME UNFURN. NW, SW & WEST SUBURBS
EDINA, large 3BR duplex, 2 fireplaces, 1.5BA, washer/dryer, dishwasher, off street prkg, $1700, available Dec 1st. 651-895-4436

ANTIQUE, CLASSIC & CUSTOMIZED VEHICLES
LOOKING TO BUY AN OLD foreign project car in any condition, running or not: Porsche, Jaguar, Mercedes, Rolls-Royce, Ferrari & much more. Fast & easy transaction. Cash on the spot. If you have any of these or any other old cars sitting around, please call 703-832-2202

VEHICLES WANTED
$$$$$ CASH FOR CARS $$$$$
Repairables or Junkers  612.414.4924

The smart way to sell your stuff.
Call 612.673.7000, fax 612.673.4884 or go to startribune.com/placeads
StarTribune

THURSDAY, DECEMBER 14, 2017

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                               )   Diocese of Duluth, Debtor

                                                     )   Case No. 15-50792

                                                         AFFIDAVIT OF PUBLICATION

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

I, JAY H. HEYMAN, being duly sworn, depose and say that I am a Director of Porte Advertising, Inc., and that I arranged for the publication of the attached notice in the *St. Paul Pioneer Press* on December 15, 2017.

The foregoing statements are true and correct to the best of my knowledge, information and belief.

_____
Jay H. Heyman

Sworn to me this

30th day of December, 2017

_____
Notary Public

ANTHONY S TERRANERA
Notary Public - State of New York
NO. 01TE6324959
Qualified in Bronx County
My Commission Expires May 18, 2019

**270 Legal Notices**

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA

In re Diocese of Duluth, Debtor.   Case No. 15-50792

**NOTICE OF MOTION AND HEARING ON DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT AND POLICY BUY-BACK WITH FIREMAN'S FUND AND TO ENTER AN INJUNCTION**

PLEASE TAKE NOTICE THAT at 10:00 a.m. Central Standard Time on January 4, 2018, in Courtroom 8 West at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, the United States Bankruptcy Court for the District of Minnesota will conduct a hearing in the above-captioned case on a motion by the debtor Diocese of Duluth (the "Motion," Dkt. No. 320) for an order approving a Settlement Agreement[1] among (i) Debtor and the "Diocese Parties" (as defined in the Settlement Agreement), (ii) Fireman's Fund Insurance Company, (iii) the "Parish Parties" (as defined in the Settlement Agreement), and (iv) the Official Committee of Unsecured Creditors regarding certain alleged liability insurance policies allegedly issued by Fireman's Fund to the Debtor (as more particularly defined in the Settlement Agreement, the "Fireman's Fund Policies"). In addition to approving the Settlement Agreement, under which (i) Fireman's Fund agrees to pay a total of $975,000 to the Debtor, (ii) the "Fireman's Fund Parties" (as defined in the Settlement Agreement) will receive a release of all past, present, and future claims, known and unknown, with respect to, relating to, or in any way arising out of the Fireman's Fund Policies, and (iii) any and all rights and interests in the Fireman's Fund Policies will be deemed to have been sold back to Fireman's Fund free and clear of any Interests, thus permanently and irrevocably extinguishing all rights, duties, and coverage under the Fireman's Fund Policies, the Motion also requests that the Bankruptcy Court enter an order permanently enjoining the prosecution, continuation, or commencement of any claim or interest that any person or entity held or asserted, presently holds or asserts, or may in the future hold or assert against the Fireman's Fund Parties or the property of the Fireman's Fund Parties arising out of, in connection with, and/or in any way related to any of the Fireman's Fund Policies.

Copies of the Motion and the Settlement Agreement can be obtained on the Bankruptcy Court's website at www.mnb.uscourts.gov or by contacting counsel for Debtors at the addresses set forth below.

YOUR RIGHTS MAY BE AFFECTED BY THE MOTION, THE SETTLEMENT AGREEMENT, AND ANY ORDER ENTERED BY THE COURT APPROVING THE SETTLEMENT AGREEMENT AND ENTERING THE INJUNCTION. Objections to the Motion must be filed and served no later than Friday, December 29, 2017. If you wish to file an objection to the Motion, you must file your objection with the Bankruptcy Court at the United States Bankruptcy Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415, www.mnb.uscourts.gov, and serve your objection on the following: (i) counsel for Debtors, Gray Plant Mooty, 500 IDS Center, 80 South Eighth Street, Minneapolis, MN USA (Attn: Phillip Kunkel, phillip.kunkel@gpmlaw.com) and Elsaesser Anderson, Chtd., 320 East Neider Avenue, Suite 102, Coeur d'Alene, ID 83815 (Attn: Ford Elsaesser, ford@eaidaho.com), (ii) the Office of the United States Trustee, 300 South Fourth Street, Suite 1015, Minneapolis, MN 55415 (Attn: Robert B. Raschke), (iii) counsel for the Committee, Stinson Leonard Street, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402 (Attn: Robert T. Kugler, robert.kugler@stinson.com), (iv) counsel for Fireman's Fund, Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402 (Attn: Charles E. Jones, charles.jones@lawmoss.com) and Crowell & Moring LLP, Three Embarcadero Center, Suite 2600, San Francisco, CA 94111 (Attn: Mark D. Plevin, mplevin@crowell.com), (v) counsel for the Parish Parties, Hanft Fride, 1000 U.S. Bank Place, 130 W Superior Street, Duluth, MN 55802-2094 (Attn: John D. Kelly, jdk@hanftlaw.com), and (vi) all other parties entitled to notice pursuant to the Fed. R. Bankr. P. 2002 service list in Debtors' bankruptcy case.

[1] The description of the terms of the settlement contained herein is subject to the provisions of the Settlement Agreement. To the extent there is any inconsistency between the description of the terms of the settlement contained herein and the provisions of the Settlement Agreement, the provisions of the Settlement Agreement shall control.

---

ST. PAUL PIONEER PRESS

12/15/17