# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

Debtor.

BKY 15-50792

Chapter 11

# ORDER APPROVING SETTLEMENT AGREEMENT AMONG THE DIOCESE, THE PARISHES, CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA AND THE COMMITTEE OF UNSECURED CREDITORS

This case is before the court on the debtor's motion for an order approving the settlement agreement, release, and certificate buyback among the debtor, the parishes, Catholic Mutual and the committee of unsecured creditors.

Based on the motion and the file,

IT IS ORDERED:

The settlement agreement attached as **Exhibit A** to the motion is approved.

Dated: January 4, 2018

/e/ Robert J. Kressel
_____
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/04/2018
Lori Vosejpka, Clerk, by LH