**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Diocese of Duluth,

Debtor.

Case No.: 15-50792

Chapter 11

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DIOCESE, THE PARISHES, CHURCH MUTUAL INSURANCE COMPANY AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This case is before the court on the debtor's Motion for an Order Approving the Settlement Agreement, Release, and Certificate Buyback between Debtor, The Parishes, Church Mutual Insurance Company and the Official Committee of Unsecured Creditors.

Based on the motion and the file,

IT IS ORDERED:

1. The motion is granted.

2. The Settlement Agreement, attached as **Exhibit A** to the motion, is approved.

Dated: June 28, 2018

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/28/2018*
Lori Vosejpka, Clerk, by LH