UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

Debtor.

Case No.: 15-50792

Chapter 11

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This case is before the court on the motion of Jacquelyn Paaso for an relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the motion and the file,

**IT IS ORDERED:**

1. Relief from stay is granted as follows.

    a) Jacquelyn Paaso is granted relief from the automatic stay for the limited purpose of prosecuting through final judgment, including any and all appeals and remands, and collecting upon any final judgment it may receive and to defend against all counterclaims that may be asserted in the lawsuit,

provided that any judgment for monetary damages shall be enforced only gainst the debtor's insurance carrier.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Date: July 26, 2018

/e/ Robert J. Kressel
United States Bankruptcy Judge