August 28, 2018

AUG 30 2018

Donald & Mary Snyder
PO Box 120
Pequot Lakes, MN 56472

The Honorable Robert J. Kressel
U.S. Bankruptcy Judge, District of Minnesota
8W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Catholic clergy abuse

Dear Sir:

Three parishes within the Duluth Diocese (Pequot Lakes, Nisswa and Pine River; collectively named Our Lady of the Lakes Parish) have recently announced plans to spend $7 million to construct a new facility to serve Pequot Lakes and Nisswa on a 40-acre parcel of land already owned within the City of Pequot Lakes and remodel the existing facility in Pine River. All of this endeavor is under the urging of the Diocese of Duluth. They reference monies they have from previous efforts on their two websites set up to explain, in detail, this plan. The websites are:

    www.churchcampaign.org/pequot

    http://player.vimeo.com/video/280451406

We do not understand how the Duluth Diocese can plead bankruptcy one year and urge the local parishes to spend this kind of money.

Respectfully yours,

*Donald Snyder*

*Mary Snyder*

Donald & Mary Snyder