**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: | ) ) | Case No.  15-50792 |
| The Diocese of Duluth, | ) ) ) | |
| Debtor. | ) | |

### NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM MATRIX

To: The Clerk of the Court and all entities listed in Local Rule 9013-3(a):

1. The undersigned filed a request for notice and notice of appearance under Bankruptcy Rule 9010(b) on September 20, 2016.

2. You are hereby notified that such request for notice and notice of appearance is withdrawn, and that the undersigned requests that he be removed from the matrix for notification in this case.

3. The attorney David C. Christian remains as counsel for Continental Insurance Company in the above-captioned bankruptcy case.

Dated: September 5, 2018

Signed: /s/ Darin J. Van Thournout
Darin J. Van Thournout (*pro hac vice*)
David Christian Attorneys, LLC
3515 W. 75th St., Suite 208
Prairie Village, Kansas 66208
(913)  674-8217
dvanthournout@dca.law

*Attorney for The Continental Insurance Company*