## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No.:  15-50792 - RJK |
| Diocese of Duluth, | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE

Pursuant to Bankruptcy Rules 9010(b) and 2002(g), the undersigned hereby gives notice of her appearance on behalf of the Diocese of Duluth, and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case be served upon the undersigned at the office address, facsimile number or email address set forth below.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (1) any right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the U.S. District Court in any manner subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Dated: February 11, 2018.　　　　　　　GRAY, PLANT, MOOTY,
　　　　　　　　　　　　　　　　　　MOOTY & BENNETT, P.A.

**/e/ Amy K. Fiecke**
Amy K. Fiecke (0400063)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
1010 West St. Germain, Suite 500
St. Cloud, MN  56301
320-252-4414 Phone
320-252-4482 Facsimile
E-mail:  amy.fiecke@gpmlaw.com

*Proposed local counsel for Diocese of Duluth*

GP:4820-5091-6744 v1