UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,                                        Chapter 11

                    Debtor.                               BKY 15-50792

ORDER AND NOTICE FOR HEARING ON JOINT DISCLOSURE STATEMENT

A proposed disclosure statement dated July 9, 2019, regarding a plan dated July 9, 2019, was filed by Diocese of Duluth and Official Committee of Unsecured Creditors, the proponents, on July 9, 2019. The court must approve disclosure statement as containing adequate information under 11 U.S.C. § 1125 before a plan and disclosure statement may be mailed to the creditors.

IT IS THEREFORE ORDERED:

1. HEARING ON ADEQUACY OF DISCLOSURE STATEMENT. A hearing to consider approval of the disclosure statement will be held on August 22, 2019, at 9:30 a.m., in Courtroom No. 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

2. OBJECTIONS TO DISCLOSURE STATEMENT. An objection to the proposed disclosure statement shall be made by motion under Local Rule 3020-1. Seven days prior to the hearing is the last day to timely deliver an objection, and ten days prior to the hearing is the last day to timely mail an objection. The objection must be filed not later than one day after service.

3. DISCOVERY. Unless the parties agree otherwise by written stipulation, Fed. R. Civ. P. 26(a)(1),(a)(2),(a)(3) and (f) do not apply.

4. MAILING OF NOTICE. The clerk shall forthwith mail copies of this order as notice thereof to the entities specified in Local Rule 9013-3(a)(2) and to all creditors and other parties in interest. The proponent shall forthwith mail copies of this order to all equity security holders of the debtor.

5. MAILING OF COPIES. Pursuant to Local Rule 3017(a)-(b), the proponent shall forthwith transmit copies of the proposed disclosure statement and plan to each entity specified in Local Rule 9013-3(a)(2), and upon written request shall transmit copies to any other party in interest.

6. REQUESTS FOR COPIES. Requests for copies of the disclosure statement and plan should be directed to: Andrew Glasnovich, Stinson, Leonard, Street, or Bruce Anderson, Elsaesser, Anderson Chtd.

Dated: July 10, 2019                /e/ Robert J Kressel
                                    _____
                                    ROBERT J. KRESSEL
                                    UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/10/2019*
Lori Vosejpka, Clerk, by HJ