UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              Chapter 11

Diocese of Duluth,

                            Debtor.                 BKY 15-50792


**ORDER AND NOTICE FOR HEARING ON CONFIRMATION OF PLAN**

A disclosure statement has been filed containing adequate information, regarding a plan to be considered for confirmation. Accordingly,

IT IS ORDERED:

1. APPROVAL OF DISCLOSURE STATEMENT. The disclosure statement filed by the debtor and the committee of unsecured creditors, the proponents, on August 16, 2019, dated July 7, 2019, regarding the plan filed by the proponent on August 26, 2019, dated August 26, 2019, is approved.

2. HEARING ON CONFIRMATION. A hearing to consider confirmation of the plan will be held on October 21, 2019, at 11:00 a.m., in Courtroom No. 2, 4th Floor, United States Courthouse, 515 West First Street, Duluth, Minnesota. The hearing may be continued by notice at the hearing without further written notice.

3. OBJECTIONS TO CONFIRMATION. An objection to confirmation of the plan shall be made by motion under Local Rule 3020-1. Seven days prior to the hearing is the last day to timely serve and file an objection.

4. BALLOTS TO ACCEPT OR REJECT PLAN. Five days prior to the hearing is fixed as the last day to timely file the ballots to accept or reject the plan. The attorneys for the proponent and the unsecured creditors committee shall jointly count the ballots and file a report of the tabulation not later than 24 hours before the hearing under Local Rule 3020-2.

5. DISCOVERY. Unless the parties agree otherwise by written stipulation, Fed. R. Civ. P. 26(a)(1), (a)(2), (a)(3) and (f) do not apply.

6. MAILING OF NOTICE, COPIES AND BALLOTS. Not less than thirty-five days prior to the hearing, the proponents under supervision of their attorneys shall prepare and transmit, in accordance with the clerk's instructions, appropriate copies of this order and notice, letters of transmittal if any, the approved official form ballot, the approved disclosure statement, and the plan, to the entities specified in Local Rule 9013-3, all creditors, all equity security holders, and all other parties in interest.


Dated: *August 27, 2019*

                                        /e/ Robert J. Kressel
                                        ROBERT J. KRESSEL
                                        UNITED STATES BANKRUPTCY JUDGE


NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/27/2019*
Lori Vosejpka, Clerk, by LH