# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,                          Case No. **BKY 15-50792**

Debtor(s)                               Chapter 11 Case

## SEXUAL ABUSE BALLOTS

Ballots __1-2__ turned over to Gray Plant Mooty

Received by _Randes Hagglund_    9/24/19