# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,　　　　　　　　　　　　　　　　Case No. BKY 15-50792

Debtor(s)　　　　　　　　　　　　　　　　　　　　Chapter 11 Case

## SEXUAL ABUSE BALLOTS

Ballots __3 - 4__ turned over to Gray Plant Mooty

Received by _Randy Haglund_ on _10/7/19_.