# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

The Diocese of Duluth,

BKY 15-50792 (RJK)
Chapter 11

Debtor.

# ORDER

This case came before the court on the motion of the debtor for an order approving and authorizing the debtor to enter into a lease and incur secured debt.

IT IS ORDERED:

1. The debtor is authorized to enter into the lease described in the motion and to perform thereunder.

2. The debtor is authorized to incur secured debt as described in the motion.

3. Notwithstanding Bankruptcy Rule 6004, this order is effective immediately.

Dated: October 10, 2019

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/10/2019
Lori Vosejpka, Clerk, by LH