# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,　　　　　　　　　　　　　　Case No. BKY 15-50792

Debtor(s)　　　　　　　　　　　　　　　　　　Chapter 11 Case

## SEXUAL ABUSE BALLOTS

Ballots 5 through 112 and two letters turned over to Gray Plant Mooty

Received by _[signature]_ on __10/15/19__.