# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,                                 Case No. **BKY 15-50792**

Debtor(s)                                     Chapter 11 Case

## SEXUAL ABUSE BALLOTS

Ballots 113 through 117 turned over to Gray Plant Mooty

Received by _[signature]_ on 10/17/19.