**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                    Case No.: 15-50792

The Diocese of Duluth,                                    Chapter 11

    Debtor.

**REPORT OF BALLOT TABULATION**

|  |  | Joint Plan |  |
|---|---|---|---|
| Class 3 | Accepting | # 116 | $ 116 |
|  | Rejecting | # 2[1] | $ 2 |
|  | Percent Accepting | 98.3% | 98.3% |
| Class 4 | Accepting | # 1 | $ Unknown |
|  | Rejecting | # 0 | $ 0 |
|  | Percent Accepting | 100% | 100% |
| Class 5 | Accepting | # 0 | $ 0 |
|  | Rejecting | # 0 | $ 0 |
|  | Percent Accepting | 0% | 0% |
| Class 6A | Accepting | # 75[2] | $ 75 |
|  | Rejecting | # 1 | $ 1 |
|  | Percent Accepting | 98.7% | 98.7% |
| Class 6B | Accepting | # 1 | $ Unknown |
|  | Rejecting | # 0 | $ 0 |
|  | Percent Accepting | 100% | 100% |

---

[1] One (1) Class 3 ballot was received by the Court with no vote and, as such, has been deemed rejected.
[2] One (1) Class 6A ballot was received by the Court with no vote and, as such, has been deemed rejected.

We certify under penalty of perjury that we have examined the ballots in this case and the report above is an accurate summary of those ballots to the best of our knowledge, information or belief. Pursuant to Local Rule 9011-4(f), the undersigned parties consent to the use of their electronic signature for purposes of this filing.

Executed on: October 17, 2019

Signed:/e/ **Bruce A. Anderson**
    ELSAESSER ANDERSON CHTD
    J. Ford Elsaesser
    Bruce A. Anderson
    320 East Neider Avenue, Suite 102
    Coeur d'Alene, ID 83815
    (208) 667-2900
    ford@eaidaho.com
    baafiling@eaidaho.com

    and

    GRAY PLANT MOOTY
    BENNETT & BENNETT
    Phillip L. Kunkel
    1010 West St. Germain Street
    St. Cloud, MN 56301
    (320) 252-4414
    phillip.kunkel@gpmlaw.com

    Attorneys for the Diocese of Duluth, Debtor

Signed: /e/ **Robert T. Kugler**
    STINSON, LLP
    Robert T. Kugler (#194116)
    Edwin H. Caldie (#388930)
    Andrew J. Glasnovich (#398366)
    50 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    robert.kugler@stinson.com
    ed.caldie@stinson.com
    drew.glasnovich@stinson.com

    Telephone: (612) 335-1500
    Facsimile: (612) 335-1657

    Attorneys for the Official Committee of Unsecured Creditors for the Diocese of Duluth