# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,  Case No. **BKY 15-50792**

Debtor(s)  Chapter 11 Case

## SEXUAL ABUSE BALLOTS

Ballots   SAB118   turned over to Gray Plant Mooty

Received by *Randall Hagglund* on  10/29/19 .