# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

Debtor.

Case No. 15-50792
Chapter 11

## NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF DEBTOR'S THIRD MODIFIED JOINT CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**A.   CONFIRMATION OF PLAN.**

On October 21, 2019, the United States Bankruptcy Court for the District of Minnesota entered the *Order Confirming Plan* (the "**Confirmation Order**").

**B.   EFFECTIVE DATE OF PLAN.**

The Effective Date[1] under the Plan is **November 6, 2019**.

**C.   ADMINISTRATIVE CLAIMS BAR DATE.**

Pursuant to Article 2.1(b) of the Plan, requests for allowance and payment of Administrative Claims must be filed and served no later than **December 6, 2019**, which is the first Business Day that is thirty (30) calendar days after the filing of this notice.

**D.   PROFESSTIONAL CLAIMS BAR DATE.**

Pursuant to Article 2.1(c) of the Plan, the holder of Professional Claims must file and serve all final requests for payment by application with the Bankruptcy Court no later than **December 6, 2019**, which is the first Business Day thirty (30) calendar days after the filing of this notice.

**E.   DISMISSIAL OF PENDING LITIGATION.**

In accordance with Section 6.12(d) of the Plan, all Claims arising out of, or related to, Tort Claims asserted in any lawsuit against any Protected Party currently pending in state court shall be dismissed with prejudice and without fees or costs being recoverable against any

---

[1] All capitalized terms have the same meaning ascribed to them in the Third Modified Joint Chapter 11 Plan of Reorganization of the Diocese of Duluth dated October 15, 2019 [Dkt. No. 413].

1

Protected Party or by any Protected Party against the Tort Claimant no later than **November 27, 2019**, which is the first Business Day that is twenty-one (21) days after the Effective Date.

F. **RESOLUTION OF CLAIMS INVOLVING SETTLING INSURERS.**

In accordance with Section 7.3 of the Plan, the Diocese and the Diocesan Settling Insurers shall effect dismissal with prejudice of their Claims against each other in the Insurance Coverage Adversary Proceeding, with each side to bear its own fees and costs no later than **November 26, 2019**, which is the first Business Day that is twenty (20) days after the Effective Date.

Pursuant to Local Rule 9011-4(f), the undersigned authorizes the e-filing of this document with their electronic signatures affixed below:

Signed: **/e/ J. Ford Elsaesser**
ELSAESSER ANDERSON CHTD
J. Ford Elsaesser
Bruce A. Anderson
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
(208) 667-2900
ford@eaidaho.com
baafiling@eaidaho.com

and

GRAY, PLANT, MOOTY,
MOOTY & BENNETT
Phillip L. Kunkel
1010 West St. Germain Street
St. Cloud, MN 56301
(320) 252-4414
phillip.kunkel@gpmlaw.com

Attorneys for the Diocese of Duluth, Debtor

Signed: **/e/ Robert T. Kugler**
STINSON, LLP
Robert T. Kugler (#194116)
Edwin H. Caldie (#388930)
Andrew J. Glasnovich (#398366)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
robert.kugler@stinson.com
ed.caldie@stinson.com
drew.glasnovich@stinson.com

Telephone: (612) 335-1500
Facsimile: (612) 335-1657

Attorneys for the Official Committee of Unsecured Creditors for the Diocese of Duluth

GP:4825-4553-0795 v2