# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Case No. **BKY 15-50792**

**Diocese of Duluth**

Debtor

**Chapter 11 Case**

### ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

A plan having been confirmed on **October 21, 2019** and the debtor in possession  having filed a final report and account with respect to administration of the estate and the estate having been fully administered:

IT IS ORDERED: The case is closed.

Dated:  _December 27, 2019_

_/e/ Robert J. Kressel_

United States Bankruptcy Judge

cc:   Debtor
      Debtor's Attorney
      U.S. Trustee

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/27/2019*
Lori Vosejpka, Clerk, by SLS

08/11/94;0105;122009;050814.